UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD P. MORIN, SR., ET AL, | : | CIVIL ACTION NO. |
|  | : | 3:03CV277 (CFD) |
| Plaintiffs, | : | 277 |
| VS. | : |  |
| NATIONWIDE FEDERAL CREDIT UNION, ET AL, | : | MAY 22, 2003 |
| Defendants. | : |  |

## STIPULATION OF DISMISSAL OF CLAIMS
## AGAINST DEFENDANT NORRIS J. YOUNG, JR.

The parties in the above-entitled case, by and through their counsel of record, hereby stipulate to the dismissal of the plaintiffs' claims against defendant Norris J. Young, Jr., with prejudice, and without the payment of costs.

PLAINTIFFS,

By /s/ Richard P. Weinstein
Richard P. Weinstein, Esquire of
WEINSTEIN & WISSER, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107
Telephone No. (860) 561-2628
Facsimile No. (860) 521-6150
Federal Bar No. ct06215

DEFENDANTS,

By /s/ Deborah S. Freeman
Deborah S. Freeman, Esquire of
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178
Telephone No. (860) 240-2700
Facsimile No. (860) 240-2818
Federal Bar No. ct05257

1

*Approved and so ordered. — 3/19/04*