Denied. So ordered. 3/19/04

FILED 2004 MAR 19 [stamp]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONALD P. MORIN, SR., ET AL, | : CIVIL ACTION NO. |
| Plaintiffs, | : 3:03CV277 (CFD) |
| VS. | : |
| NATIONWIDE FEDERAL CREDIT UNION, ET AL, | : MAY 27, 2003 |
| Defendants. | : |

## MOTION TO TRANSFER CASE
## AND CONSOLIDATE WITH OTHER PENDING ACTION

The above-entitled case is related to the case of Nationwide Mutual Ins. Co. et al. v. Morin et al., 3:01CV00002 (RNC), which action is pending in this District before Chief Judge Robert N. Chatigny. Accordingly, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and Rules 40(b) and 42(a) of the Local Rules of this Court, the plaintiffs in the above-entitled matter hereby move that this case be transferred and consolidated with that other action.

Counsel for the defendants has indicated that she expects to oppose this motion.

WHEREFORE, the plaintiffs respectfully request that this action be transferred to the docket of Judge Chatigny and consolidated with the case of Nationwide Mutual Ins. Co. et al. v. Morin et al., 3:01CV00002 (RNC).

1