# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

Ronald P. Morin, Sr., et al.

v.

Nationwide Federal Credit Union, et al.

CASE NUMBER: 3:03 CV 0277 (CFD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Nationwide Federal Credit Union
Nationwide Mutual Insurance Co.
Nationwide Mutual Fire Ins. Co.
Nationwide Life & Annuity Ins. Co.
Nationwide Property & Casualty Ins. Co.
Nationwide Life Ins. Co.
Norris J. Young, Jr.

| | |
|---|---|
| July 1, 2004 | |
| **Date** | **Signature** |
| ct25891 | Michael D. Blanchard |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| (860) 240-2700 | Bingham McCutchen LLP |
| **Telephone Number** | **Address** |
| (860) 240-2800 | One State Street, Hartford, CT 06103 |
| **Fax Number** | |
| michael.blanchard@bingham.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Richard P. Weinstein, Esq.
Weinstein & Wisser, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107

Signature  Michael D. Blanchard

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001