UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD P. MORIN, SR., ET AL, | : | CIVIL ACTION NO. |
| | : | 3:03CV277 (CFD) |
| Plaintiffs, | : | |
| | : | |
| VS. | : | |
| | : | |
| NATIONWIDE FEDERAL CREDIT UNION, ET AL, | : | OCTOBER 14, 2004 |
| | : | |
| Defendants. | : | |

**MOTION FOR MODIFICATION OF 26F REPORT BY AGREEMENT**

The parties in the above-entitled matter, pursuant to the motion to dismiss and opposition thereto, had withheld discovery in that the dismissal was to substantially affect the scope and extent of discovery required by both parties. In light of the Court's recent denial of the motion to dismiss, the parties recommend the following new deadlines in regard to pleadings and discovery.

Regarding paragraph D2, the defendants shall have until November 15, 2004 to file an answer to the complaint.

Regarding paragraph E2, all discovery will be commenced immediately and completed by March 1, 2005. That date will be applicable to paragraphs E5, E6, and E8.

Regarding paragraph E9, a damage analysis will be provided by any party who has a claim or counterclaim on or before January 31, 2005.

Regarding paragraph F, any dispositive motions will be filed on or before May 1, 2005.

Regarding paragraph G., a joint trial memorandum will be filed on or before May 1, 2005.

This case will be ready for trial any time after May 1, 2005.

Defendants hereby consent to the foregoing.

>                PLAINTIFFS,
>
>
>                By_____
>                  Richard P. Weinstein, Esquire of
>                  WEINSTEIN & WISSER, P.C.
>                  29 South Main Street, Suite 207
>                  West Hartford, CT  06107
>                  Telephone No. (860) 561-2628
>                  Facsimile No. (860) 521-6150
>                  Federal Bar No. ct06215

**CERTIFICATION**

      This is to certify that on the 14th day of October, 2004, a copy of the foregoing Motion for Modification of 26F Report by Agreement was served upon:

Michael D. Blanchard, Esquire
Bingham McCutchen LLP
One State Street
Hartford, CT  06103-3178

                              _____
                              Richard P. Weinstein