UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2004 OCT 15 A 11: 25
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| RONALD P. MORIN, SR., ET AL, | CIVIL ACTION NO. 3:03CV277 (CFD) |
| Plaintiffs, | |
| VS. | |
| NATIONWIDE FEDERAL CREDIT UNION, ET AL, | OCTOBER 14, 2004 |
| Defendants. | |

GRANTED. It is so ordered
Christopher F. Droney, U.S.D.J.
Hartford, CT 11/9/04

FILED
2004 NOV 12 A 8: 28
U.S. DISTRICT COURT
HARTFORD, CT.

### MOTION FOR MODIFICATION OF 26F REPORT BY AGREEMENT

The parties in the above-entitled matter, pursuant to the motion to dismiss and opposition thereto, had withheld discovery in that the dismissal was to substantially affect the scope and extent of discovery required by both parties. In light of the Court's recent denial of the motion to dismiss, the parties recommend the following new deadlines in regard to pleadings and discovery.

Regarding paragraph D2, the defendants shall have until November 15, 2004 to file an answer to the complaint.

Regarding paragraph E2, all discovery will be commenced immediately and completed by March 1, 2005. That date will be applicable to paragraphs E5, E6, and

1