UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD P. MORIN, SR., ET AL, | : | CIVIL ACTION NO. |
| | : | 3:03CV277 (CFD) |
| Plaintiffs, | : | |
| | : | |
| VS. | : | |
| | : | |
| NATIONWIDE FEDERAL CREDIT UNION, ET AL, | : | |
| | : | |
| | : | NOVEMBER 24, 2004 |
| Defendants. | : | |

### PLAINTIFFS' REPLY TO DEFENDANTS' AFFIRMATIVE DEFENSES, ANSWER TO COUNTERCLAIM and PLAINTIFFS' AFFIRMATIVE DEFENSES TO DEFENDANTS' COUNTERCLAIM

The plaintiffs in the above-entitled matter deny the Affirmative Defenses of defendants dated November 15, 2004, in their entirety.

### ANSWER TO COUNTERCLAIM and PLAINTIFFS' AFFIRMATIVE DEFENSES AS TO DEFENDANTS' COUNTERCLAIM

**Parties**

1. Admitted.

2  Admitted.

3. Admitted.

1

**Count I**

    4.  The plaintiffs neither admit nor deny the allegations due to the vagueness of such allegations, but the plaintiff admits that at various times the plaintiff borrowed money from NFCU.

    5.  Admitted, subject to the qualification in the answer to paragraph 4.

    6. The plaintiff has insufficient knowledge upon which to form a belief, and therefore leaves the plaintiff to its proof.

    7.  Denied.

    8.  Denied.

    9.  Denied.

    10.  Denied.

**BY WAY OF AFFIRMATIVE DEFENSES**

FIRST AFFIRMATIVE DEFENSE TO COUNTERCLAIM

    The defendant NFCU's claim is barred by the doctrine of estoppel.

SECOND AFFIRMATIVE DEFENSE TO COUNTERCLAIM

    The defendant NFCU's claim is barred by the doctrine of waiver.

THIRD AFFIRMATIVE DEFENSE TO COUNTERCLAIM

The defendant NFCU's claim is barred in whole or in part by the doctrine of payment.

FOURTH AFFIRMATIVE DEFENSE TO COUNTERCLAIM

The defendant NFCU's claim is barred by the doctrine of set-off and recoupment, including set-off and recoupment in regard to the agent retirement security benefits that have been withheld from the plaintiff Ronald Morin and other such sums lawfully due the plaintiffs.

                              PLAINTIFFS,

                          By_____
                            Richard P. Weinstein, Esquire of
                            WEINSTEIN & WISSER, P.C.
                            29 South Main Street, Suite 207
                            West Hartford, CT  06107
                            Telephone No. (860) 561-2628
                            Facsimile No. (860) 521-6150
                            Federal Bar No. ct06215

## **CERTIFICATION**

This is to certify that on the 24th day of November, 2004, a copy of the foregoing was served upon:

Michael D. Blanchard, Esquire
Bingham McCutchen LLP
One State Street
Hartford, CT  06103-3178

_____
Richard P. Weinstein