UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD P. MORIN, SR., ET AL, | : | CIVIL ACTION NO. |
| | : | 3:03CV277 (CFD) |
| Plaintiffs, | : | |
| | : | |
| VS. | : | |
| | : | |
| NATIONWIDE FEDERAL CREDIT UNION, ET AL, | : | |
| | : | |
| | : | NOVEMBER 29, 2004 |
| Defendants. | : | |

**PLAINTIFFS' MOTION TO AMEND COMPLAINT**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, the plaintiffs move the Court to allow the plaintiffs to amend their Complaint in accordance with the Amended Complaint attached hereto.

The plaintiffs have discovered that there is a viable claim for commissions due plaintiff Ronald P. Morin, Sr. pursuant to Connecticut General Statutes Section 38a-709(c). Plaintiff Ronald P. Morin, Sr. is a party to another lawsuit involving the defendant Nationwide Companies, but he was unaware that a claim under § 38a-709(c) had not been asserted in that other, pending litigation. Accordingly, the plaintiff seeks to amend the complaint to add additional counts against the defendant Nationwide Companies arising out of the failure of the

defendant Nationwide Companies to pay renewal commissions as required by law. This new claim will not unduly delay the disposition of the case.

PLAINTIFFS,

By_____
Richard P. Weinstein, Esquire of
WEINSTEIN & WISSER, P.C.
29 South Main Street, Suite 207
West Hartford, CT  06107
Telephone No. (860) 561-2628
Facsimile No. (860) 521-6150
Federal Bar No. ct06215

**CERTIFICATION**

This is to certify that on the 29th day of November, 2004, a copy of the foregoing was served upon:

Michael D. Blanchard, Esquire
Bingham McCutchen LLP
One State Street
Hartford, CT  06103-3178

_____
Richard P. Weinstein