UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD P. MORIN, SR., ET AL, | : | CIVIL ACTION NO. |
| | : | 3:03CV277 (CFD) |
| Plaintiffs, | : | |
| | : | |
| VS. | : | |
| | : | |
| NATIONWIDE FEDERAL CREDIT UNION, ET AL, | : | |
| | : | |
| | : | NOVEMBER 29, 2004 |
| Defendants. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF
PLAINTIFFS' MOTION TO AMEND COMPLAINT**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, the plaintiffs have moved the Court to allow them to amend the Complaint in order to assert a new Thirteenth Count and a new Fourteenth Count, both of which arise out of the failure of the defendant Nationwide Companies to pay renewal commissions to plaintiff Ronald P. Morin, Sr., as required by Conn. Gen. Stat. § 38a-709(c). Plaintiff Ronald P. Morin, Sr. is a party to another lawsuit involving the defendant Nationwide Companies, but he was unaware that a claim under § 38a-709(c) had not been asserted in that other, pending litigation.

Because the defendants have only just recently filed their answer and defenses to the original complaint and have only just filed a counterclaim (all by way of pleading dated November 15, 2004), and because the new allegations of the proposed Amended Complaint are relatively simple and straightforward, the defendants will not be prejudiced by the proposed amendment to the Complaint.  The plaintiffs therefore believe that this new claim will not unduly delay the disposition of the case.  Under these circumstances, the Motion to Amend Complaint should be granted.  See Foman v. Davis, 371 U.S. 178, 182 (1962) (holding that in the absence of sufficient reasons for denying leave to amend – such as undue delay, bad faith, or dilatory motive by the movant – leave to amend must be granted). Therefore, in accordance with the dictates of Rule 15 of the Federal Rules of Civil Procedure, the requested leave to amend the complaint should be "freely given" because "justice so requires."  Fed.R.Civ.P. 15(a).

Accordingly, and for all of the foregoing reasons, the plaintiff's Motion to Amend Complaint should be granted.

          PLAINTIFFS,


By_____
Richard P. Weinstein, Esquire of
WEINSTEIN & WISSER, P.C.
29 South Main Street, Suite 207
West Hartford, CT  06107
Telephone No. (860) 561-2628
Facsimile No. (860) 521-6150
Federal Bar No. ct06215


## **CERTIFICATION**

     This is to certify that on the 29th day of November, 2004, a copy of the foregoing was served upon:

Michael D. Blanchard, Esquire
Bingham McCutchen LLP
One State Street
Hartford, CT  06103-3178


_____
Richard P. Weinstein