# Exhibit A



CT ST § 38a-702  
C.G.S.A. § 38a-702

Page 1

## CONNECTICUT GENERAL STATUTES ANNOTATED
### TITLE 38A. INSURANCE
### CHAPTER 701A. INSURANCE PRODUCERS AND AGENTS

Copr. © West Group 2002. All rights reserved.

§ 38a-702. Repealed. (2001, P.A. 01-113, § 41, eff. September 1, 2002.)

C. G. S. A. § 38a-702

CT ST § 38a-702

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

Page 1

Westlaw.

CT ST § 38a-702  
C.G.S.A. § 38a-702

Page 1

CONNECTICUT GENERAL STATUTES ANNOTATED  
TITLE 38A. INSURANCE  
CHAPTER 701A. INSURANCE PRODUCERS AND AGENTS

Copr. © West Group 2002. All rights reserved.

§ 38a-702. Definitions

<Text of section effective until September 1, 2002. For repeal of section effective September 1, 2002, see § 38a-702, post.>

In sections 38a-703 to 38a-706, inclusive, 38a-769 and 38a-774, unless the context or subject matter otherwise requires:

(1) "Insurance producer" or "producer" means any person, partnership, association, limited liability company or corporation, or any person, partnership, association, limited liability company or corporation acting under a trade name, or any member, stockholder, officer or employee of such an entity, holding a producer's license then in force in this state, and which, for compensation, aids in any manner or acts as a representative on behalf of an insured or client, and who solicits and negotiates coverage of insurance for the public without an agreement or contract with any specific insurance company, and not as an officer, traveling salaried employee or appointed agent of the insurance company, or a licensed producer holding an agent's appointment. A producer's license shall not be used as a substitute for an agent's appointment;

(2) "Insurance agent" means a person, partnership, association, limited liability company or corporation, or any person, partnership, association, limited liability company or corporation acting under a trade name, holding an insurance producer's license then in force in this state and a direct appointment in writing, by any insurance company authorized to transact business in this state, to solicit, negotiate or effect contracts of insurance, annuities or surety on behalf of such company or any manager of a limited liability company or any member, stockholder, officer or agent of a partnership, association, limited liability company or corporation, or partnership, association, limited liability company or corporation acting under a trade name when that individual is engaged in soliciting, negotiating or effecting such contracts. "Insurance agent" shall not include persons acting as executive officers or traveling salaried employees of an insurance company authorized to transact business in this state.

CREDIT(S)

1992 Main Volume

(1949 Rev., § 6057; 1958 Rev., § 38-69; 1967, P.A. 526, § 3, eff. July 1, 1968; 1990, P.A. 90-243, § 22, eff. Oct. 1, 1990; 1994, P.A. 94-160, § 3, eff. Jan. 1, 1996; 1995, P.A. 95-79, § 145, eff. May 31, 1995; 1995, P.A. 95-79, § 146, eff. Jan. 1, 1996; 1996, P.A. 96-227, § 11; 1997, P.A. 97-317, § 2, eff. July 8, 1997.)

HISTORICAL AND STATUTORY NOTES

1992 Main Volume

Transfer of Section

This section, formerly set out as C.G.S.A. § 38-69, was transferred to C.G.S.A. § 38a-702 in Gen.St., Rev. to 1991.

Derivation:

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.



CT ST § 38a-702a
C.G.S.A. § 38a-702a

Page 1

**C**
**CONNECTICUT GENERAL STATUTES ANNOTATED**
**TITLE 38A. INSURANCE**
**CHAPTER 701A. INSURANCE PRODUCERS AND AGENTS**
    **§ 38a-702a. Definitions**

As used in this chapter and chapter 702, [FN1] unless the context or subject matter otherwise require:

(1) "Agent" or "insurance agent" means an insurance producer appointed by an insurer to act on the insurer's behalf pursuant to section 38a-702m.

(2) "Business entity" means a corporation, association, partnership, limited liability company, limited liability partnership, or other legal entity.

(3) "Commissioner" means the Insurance Commissioner.

(4) "Home state" means any state or territory of the United States, including, but not limited to, the District of Columbia, in which an insurance producer maintains the producer's principal place of residence or principal place of business and is licensed to act as an insurance producer.

(5) "Insurance" means any of the lines of authority contained in this title.

(6) "Insurance producer" or "producer" means a person required to be licensed under the laws of this state to sell, solicit or negotiate insurance.

(7) "Insurer" means "insurer", as defined in section 38a-1.

(8) "License" means a document issued by the commissioner authorizing a person to act as an insurance producer for the lines of authority specified in the document. The license itself does not create any authority, actual, apparent or inherent, in the holder to represent or commit an insurance carrier.

(9) "Limited line credit insurance" includes credit life, credit disability, credit property, credit unemployment, involuntary unemployment, mortgage life, mortgage guaranty, mortgage disability, guaranteed automobile protection insurance and any other form of insurance offered in connection with an extension of credit that is limited to partially or wholly extinguishing that credit obligation that the commissioner determines should be designated a form of limited line credit insurance.

(10) "Limited line credit insurance producer" means a person who sells, solicits or negotiates one or more forms of limited line credit insurance coverage to individuals through a master, corporate, group or individual policy.

(11) "Limited lines insurance" means those lines of insurance referred to in section 38a-782, or any other line of insurance that the commissioner deems necessary to recognize for the purpose of complying with section 38a-702g.

(12) "Limited lines producer" means a person authorized by the commissioner to sell, solicit or negotiate limited lines insurance.

(13) "Negotiate" means the act of conferring directly with, or offering advice directly to, a purchaser or prospective purchaser of a particular contract of insurance concerning any of the substantive benefits, terms or conditions of the contract, provided the person engaged in that act either sells insurance or obtains insurance from insurers for purchasers.

(14) "Person" means an individual or a business entity.

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

CT ST § 38a-702a                                                                                                        Page 2
C.G.S.A. § 38a-702a

(15) "Sell" means to exchange a contract of insurance by any means, for money or its equivalent, on behalf of an insurance company.

(16) "Solicit" means attempting to sell insurance or asking or urging a person to apply for a particular kind of insurance from a particular company.

(17) "Terminate" means the cancellation of the relationship between an insurance producer and the insurer or the termination of a producer's authority to transact insurance.

(18) "Uniform business entity application" means the National Association of Insurance Commissioners uniform business entity application for resident and nonresident business entities, as amended from time to time.

(19) "Uniform application" means the National Association of Insurance Commissioners uniform application for resident and nonresident producer licensing, as amended from time to time.

CREDIT(S)

(2001, P.A. 01-113, § 1, eff. Sept. 1, 2002.)

[FN1] C.G.S.A § 38a-769 et seq

<General Materials (GM) - References, Annotations, or Tables>

HISTORICAL AND STATUTORY NOTES

2004 Electronic Update
**Codification**

Gen.St., Rev. to 2003, codified 2001, P.A. 01-113, § 1, as C.G.S.A. § 38a-702a.

C. G. S. A. § 38a-702a, CT ST § 38a-702a

Current through 2004 Feb. Reg. Sess. and May Sp. Sess.

Copyright © 1985-2004 by West, a Thomson business

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.