UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD P. MORIN, SR., ET AL, | : | CIVIL ACTION NO. |
| | : | 3:03CV277 (CFD) |
| Plaintiffs, | : | |
| | : | |
| VS. | : | |
| | : | |
| NATIONWIDE FEDERAL CREDIT UNION, ET AL, | : | |
| | : | |
| | : | JANUARY 5, 2005 |
| Defendants. | : | |

**PLAINTIFFS' WITHDRAWAL OF
MOTION TO AMEND COMPLAINT**

By Motion to Amend Complaint dated November 29, 2004, the plaintiffs in the above-entitled matter sought leave of court to amend their Complaint. The defendants' have duly opposed said motion by way of a memorandum of law dated December 21, 2004. Upon careful consideration of certain of the arguments set forth therein, the plaintiffs hereby withdraw the Motion to Amend Complaint.

1

PLAINTIFFS,

By_____
Richard P. Weinstein, Esquire of
WEINSTEIN & WISSER, P.C.
29 South Main Street, Suite 207
West Hartford, CT  06107
Telephone No. (860) 561-2628
Facsimile No. (860) 521-6150
Federal Bar No. ct06215

## CERTIFICATION

This is to certify that on the 5th day of January, 2005, a copy of the foregoing was served upon:

Michael D. Blanchard, Esquire
Bingham McCutchen LLP
One State Street
Hartford, CT  06103-3178

_____
Richard P. Weinstein

Morin Ron Sr./mot amend - withdraw