UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD P. MORIN, SR., ET AL, | : | CIVIL ACTION NO. |
| | : | 3:03CV277 (CFD) |
| Plaintiffs, | : | |
| | : | |
| VS. | : | |
| | : | |
| NATIONWIDE FEDERAL CREDIT UNION, ET AL, | : | |
| | : | MARCH 2, 2005 |
| Defendants. | : | |

**MOTION FOR EXTENSION OF TIME**

The plaintiffs in the above-entitled matter, hereby request the Court for a thirty (30) day extension of time up to and including April 11, 2005 in which to file their responses and/or objections to the defendants First Set of Interrogatories and Request for Production of Documents dated February 8, 2005. The undersigned requests this extension for the reason that while the plaintiffs are currently in the process of preparing said responses and/or objections, due to the voluminous nature of these discovery requests, additional time is needed to fully respond to the same.

The undersigned certifies that this matter is not currently scheduled for trial.

WHEREFORE, the plaintiffs respectfully request that the Motion for Extension of Time be granted.

PLAINTIFFS,

By /s/
Richard P. Weinstein, Esquire of
WEINSTEIN & WISSER, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107
Telephone No. (860) 561-2628
Facsimile No. (860) 521-6150
Juris No. 45674

## ORDER

The foregoing Motion for Extension of Time having been presented to the Court, it is hereby ORDERED:

GRANTED  /  DENIED   on this _____ day of _____, 2004.

By the Court,

_____
Judge / Clerk of the Superior Court

## CERTIFICATION

This is to certify that on the 2nd day of March, 2005, a copy of the foregoing was served upon:

Michael D. Blanchard, Esquire
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178

_____
Richard P. Weinstein

WCLIENTS\MORIN\EXTTIMEDISC\MGO