UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD P. MORIN, SR., ET AL, | : | CIVIL ACTION NO. |
| | : | 3:03CV277 (CFD) |
| Plaintiffs, | : | |
| | : | |
| V. | : | |
| | : | |
| NATIONWIDE FEDERAL CREDIT UNION, ET AL, | : | MARCH 10, 2005 |
| | : | |
| Defendants. | : | |

## MOTION FOR MODIFICATION OF SCHEDULING ORDER BY CONSENT

The parties in the above-entitled matter hereby respectfully request the Court to modify the present scheduling order and set the following new deadlines in regard to discovery.

Regarding paragraph E2, all discovery will be completed by May 31, 2005. That date will be applicable to paragraphs E5, E6, and E8. The reason for the requested modification is that the parties are engaged in three related matters pending in the Complex Litigation Docket in Waterbury involving Nationwide claims which have been taking up a significant amount of time and are scheduled for trial on March 22, 2005. Those cases will probably take

several weeks to try and between those cases and other conflicts, the parties have been unable to complete the discovery.

Regarding paragraph E9, a damage analysis will be provided by any party who has a claim or counterclaim on or before April 30, 2005.

Regarding paragraph F, any dispositive motions will be filed on or before July 1, 2005.

Regarding paragraph G., a joint trial memorandum will be filed on or before July 1, 2005.

This case will be ready for trial any time after July 1, 2005.

Defendants hereby consent to the foregoing.

        PLAINTIFFS,


        By_____
         Richard P. Weinstein, Esquire of
         WEINSTEIN & WISSER, P.C.
         29 South Main Street, Suite 207
         West Hartford, CT  06107
         Telephone No. (860) 561-2628
         Facsimile No. (860) 521-6150
         Federal Bar No. ct06215

## **CERTIFICATION**

      This is to certify that on the 10th day of March, 2005, a copy of the foregoing was served upon:

    Michael D. Blanchard, Esquire
    Bingham McCutchen LLP
    One State Street
    Hartford, CT  06103-3178


                                      _____
                                      Richard P. Weinstein

morin ron sr\mot mod sch order\lmv