

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD P. MORIN, SR., ET AL., | : | CIVIL ACTION NO. |
| | : | 3:03CV277 (CFD) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| NATIONWIDE FEDERAL CREDIT UNION, ET AL., | : | |
| | : | |
| Defendants. | : | APRIL 8, 2005 |

## MOTION FOR EXTENSION OF TIME

The plaintiffs in the above-entitled matter, hereby request the Court for a two-week (14) day extension of time up to and including April 25, 2005 in which to file responses and/or objections to the Defendant Nationwide Federal Credit Union's Interrogatories and Requests for Production dated February 8, 2005. Plaintiffs' counsel requests this extension for the reason that while the plaintiffs are currently in the process of preparing said responses and/or objections, due to the voluminous nature of the requests, additional time is needed to fully respond to the same.

The undersigned hereby certifies that this matter is not scheduled for trial.

WHEREFORE, the plaintiff respectfully requests that the Motion for Extension of Time be granted.

PLAINTIFFS,

By _____
Richard P. Weinstein, Esquire of
WEINSTEIN & WISSER, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107
Telephone No. (860) 561-2628
Facsimile No. (860) 521-6150
Juris No. 45674

## ORDER

The foregoing Motion for Extension of Time having been presented to the Court, it is hereby ORDERED:

GRANTED / DENIED   on this _____ day of _____, 2004.

By the Court,

_____
Judge / Clerk of the Superior Court

**CERTIFICATION**

This is to certify that on the 8th day of April, 2005, a copy of the foregoing was served upon:

Deborah S. Freeman
Michael D. Blanchard
Bingham McCutchen LLP
One State Street
Hartford, CT 06103

_____
Richard P. Weinstein

WCLIENTS\MORIN\EXTEND TIME IPRS\MGO