UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD P. MORIN, SR., ET AL., | : | CIVIL ACTION NO. |
|     Plaintiffs, | : | |
| | : | 3:03 CV 277 (CFD) |
| v. | : | |
| | : | |
| NATIONWIDE FEDERAL CREDIT UNION, | : | |
| ET AL., | : | |
|     Defendants. | : | May 17, 2005 |

## DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Pursuant to the Federal Rules of Civil Procedure, Rule 26(c), Defendants Nationwide Federal Credit Union, et al. (collectively "NFCU"), hereby respectfully move this Honorable Court for a protective order with respect to the Plaintiffs' purported Re-Notice of Deposition of Michael Weisenberger ("Mr. Weisenberger").

In support hereof, NFCU states as follows:

1.  By Re-Notice of Deposition dated May 4, 2005, ("Notice") the Plaintiffs seek, "pursuant to Rule 30 of the Federal Rules of Civil Procedure" to take the deposition of Mr. Michael Weisenberger at the offices of Plaintiffs' counsel in West Hartford, Connecticut. The Notice states that the deposition will concern "all matters relevant to the subject matter involved in this action." The Notice then requests that NFCU "produce" Mr. Weisenberger for the deposition. There is no indication in the Notice whether the Plaintiffs intend the deposition to

**ORAL ARGUMENT REQUESTED**

2

proceed as a Rule 30(b)(6) deposition, as a non-party witness deposition, or otherwise.  A copy of the Notice is attached hereto as <u>Exhibit A</u>.

     2.     Mr. Weisenberger is an out-of-state resident of Ohio and is Vice President of Lending for NFCU, located in Columbus, Ohio.

     3.     On May 10, 2005, counsel for NFCU wrote to counsel for the Plaintiffs indicating that the nature of the deposition was unclear, but in any event the deposition could not properly proceed in Connecticut.

     4.     On May 11, 2005, counsel for the Plaintiffs wrote to counsel for NFCU and stated that the Plaintiffs were "seeking to take Mr. Weisenburger's deposition as an officer or managing agent of NFCU."  Counsel for the parties engaged in subsequent discussions, but have not been able to resolve to appropriate location for the deposition

     5.     For the reasons stated more fully in the accompanying Memorandum of Law, NFCU is entitled to a protective order requiring that any deposition of Mr. Weisenberger be conducted in Ohio.  In sum, Mr. Weisenberger and NFCU reside or maintain their principal places of business in Ohio, and accordingly, the deposition of Mr. Weisenberger, assuming arguendo that he is an officer or managing agent of NFCU, must proceed in Ohio, not Connecticut.  NFCU has demonstrated "good cause" for entry of a protective order.

**WHEREFORE,** Defendant NFCU respectfully requests that a protective order enter requiring that any deposition of Michael Weisenberger, Vice President of Lending for NFCU, occur in Columbus, Ohio.

        **DEFENDANTS**
        **NATIONWIDE FEDERAL CREDIT UNION, ET AL**

By: /s/ Michael D. Blanchard_____
    Deborah S. Freeman (ct05257)
    Michael D. Blanchard (ct25891)
    BINGHAM McCUTCHEN LLP
    One State Street
    Hartford, CT 06103-3178
    (860) 240-2700
    (860) 240-2818 (fax)
    Their Attorneys
    deborah.freeman@bingham.com
    michael.blanchard@bingham.com

**CERTIFICATION**

This is to certify that on this 17th day of May, 2005, a copy of the foregoing was sent via U.S. Mail, postage prepaid, to:

Richard P. Weinstein, Esq.
Weinstein & Wisser P.C.
29 South Main Street, Suite 207
West Hartford, Connecticut  06107

/s/ Michael D. Blanchard
Michael D. Blanchard

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD P. MORIN, SR., ET AL, | : | CIVIL ACTION NO. |
| | : | 3:03CV277 (CFD) |
| Plaintiffs, | : | |
| | : | |
| V. | : | |
| | : | |
| NATIONWIDE FEDERAL CREDIT UNION, | : | MAY 4, 2005 |
| ET AL, | : | |
| | : | |
| Defendants. | : | |

### RE-NOTICE OF DEPOSITION

TO:  Deborah S. Freeman, Esquire
     Michael D. Blanchard, Esquire
     Bingham McCutchen LLP
     One State Street
     Hartford, CT  06103

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, testimony will be taken by deposition upon oral examination before a person authorized by the laws of the State of Connecticut to administer oaths on **Friday, May 13, 2005 at 10 a.m.** at the office of **WEINSTEIN & WISSER, P.C., 29 South Main Street, West Hartford, Connecticut**, with respect to all matters relevant to the subject matter involved in this action, at which time and place you will please produce the following person whose testimony is to be taken:

**MICHAEL WEISENBURGER, VICE PRESIDENT OF LENDING**

1

PLAINTIFFS

By _____
Richard P. Weinstein, Esquire of
WEINSTEIN & WISSER, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107
Telephone No. (860) 561-2628
Facsimile No. (860) 521-6150
Federal Bar No. ct06215

### CERTIFICATION

This is to certify that on the 4th day of May, 2005, a copy of the foregoing was served upon:

Michael D. Blanchard, Esquire
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178

and via facsimile upon:

Niziankiewicz & Miller
972 Tolland Street
East Hartford, CT 06108-1533

_____
Richard P. Weinstein

2