## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONALD P. MORIN, SR., ET AL., <br> Plaintiffs, | CIVIL ACTION NO. <br><br> 3:03 CV 277 (CFD) |
| v. | |
| NATIONWIDE FEDERAL CREDIT UNION, ET AL., <br> Defendants. | May 17, 2005 |

### AFFIDAVIT OF MICHAEL D. BLANCHARD
### PURSUANT TO L.R. 37(A)2) CONCERNING DEFENDANTS'
### MOTION FOR PROTECTIVE ORDER

Pursuant to Local Rule 37(a)(2), Michael D. Blanchard, (the undersigned) counsel for defendants in the above-captioned action, being duly sworn, hereby deposes and says:

1.  I am over the age of eighteen years and understand the obligations of an oath.

2.  I am associated with the law firm of Bingham McCutchen LLP and represent the Defendants in this matter.

3.  This Affidavit is made in connection with Defendants' Motion for a Protective Order, pursuant to Local Rule 37(a)(2).

4.  I have engaged in oral and written communications with Plaintiff's counsel in a good faith effort to resolve the parties' discovery dispute without Court intervention. In particular, the Plaintiff's counsel and I have exchanged written communications concerning the appropriate place for deposition of Michael Weisenberger of defendant NFCU, and have

engaged in several discussions seeking to resolve the issue. Despite good faith efforts, we have not been able to reach resolution regarding the place for deposition of Michael Weisenberger of defendant NFCU. Ex. A.

Dated at Hartford, Connecticut, this 17th day of May, 2005

_____
Michael D. Blanchard

Subscribed and sworn to before me
this 17th day of May, 2005

_____
Theresa L. Curran
Notary Public
My Commission Expires: Jan. 31, 2010

2

## **CERTIFICATION**

This is to certify that on this 17th day of May, 2005, a copy of the foregoing was sent via U.S. Mail, postage prepaid, to:

Richard P. Weinstein, Esq.
Weinstein & Wisser P.C.
29 South Main Street, Suite 207
West Hartford, Connecticut 06107

_____
Michael D. Blanchard

3

# EXHIBIT A

Case 3:03-cv-00277-CFD    Document 51    Filed 05/17/2005    Page 4 of 8

**BINGHAM McCUTCHEN**

Michael D. Blanchard
Direct Dial: (860) 240-2945
E-Mail: michael.blanchard@bingham.com

May 10, 2005

Bingham McCutchen LLP
One State Street
Hartford, CT
06103-3178

860.240.2700
860.240.2800 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
Orange County
San Francisco
Silicon Valley
Tokyo
Walnut Creek
Washington

**VIA FAX & U.S .FIRST-CLASS MAIL**
Richard P. Weinstein, Esq.
Weinstein & Wisser, P.C.
29 South Main Street - Suite 207
West Hartford, CT  06107

Re:   **Ronald P. Morin, Sr., et al. v. Nationwide Federal Credit Union, et al.
Action No. 3:03 CV 227 (CFD)**

Dear Mr. Weinstein:

I am in receipt of a "Re-Notice of Deposition" purporting to notice a deposition of Michael Weisenberger, VP of Lending for NFCU for May 13, 2005 at your offices in Connecticut (the "Notice). The Notice states that the deposition is scheduled pursuant to "Rule 30" and will include questions concerning "all matters relevant to the subject matter involved in this action." The Notice then requests that we "produce" Mr. Weisenberger for the deposition. There is no indication in the Notice whether you intend this deposition to proceed as a Rule 30(b)(6) deposition, as a non-party witness deposition, or otherwise. In any case, even if the Notice was clear, Mr. Weisenberger cannot be required to attend a deposition in Connecticut irrespective of the form of deposition to be taken.

If the Notice is intended as a Rule 30(b)(6) deposition, the Notice fails to "describe, with reasonable particularity, the matters on which examination is requested." F.R.C.P. 30(b)(6). The Notice also purports to designate the corporate defendant's witness, a task reserved for the corporate defendant. In any event, to the extent the Notice seeks to depose NFCU, the deposition must take place in Ohio, NFCU's principal place of business. To the extent the Notice is intended to require the deposition of Mr. Weisenberger as an officer or managing agent of NFCU, again, the deposition must occur in Ohio where NFCU has its principal place of business and Mr. Weisenberger resides.

If the Notice is instead intended to serve as notice of a non-party witness deposition, please note that Mr. Weisenberger is not a Connecticut resident and may not be compelled to attend a deposition here by deposition notice, subpoena or otherwise.

CTDOCS/1627800.1

Richard Weinstein, Esq.
May 10, 2005
Page 2

Please promptly advise as to your intentions with respect to deposing Mr. Weisenberger.

Very truly yours,

Michael D. Blanchard
MDB/cjh

Bingham McCutchen LLP
bingham.com

CTDOCS/1627800.1

## Blanchard, Michael D.

**From:** Leslie At Weinstein And Wisser [weinstein&wisser@dtg.net]
**Sent:** Wednesday, May 11, 2005 5:46 PM
**To:** Blanchard, Michael D.
**Subject:** RE: Morin v. Nationwide

Richard called in and said yes, it is acceptable, and he'll see you tomorrow. By the way, I don't know if anyone told you, but the deposition will be over by 3 p.m., because Attorney Terk has to leave.

Leslie

---

**From:** Blanchard, Michael D. [mailto:michael.blanchard@bingham.com]
**Sent:** Wednesday, May 11, 2005 5:01 PM
**To:** Leslie At Weinstein And Wisser
**Subject:** RE: Morin v. Nationwide

Dear Richard,

Thank you for your prompt response. While true that *some* of the attorneys are located in CT (in-house counsel for NFCU, for instance, is located in Ohio), it is Mr. Weisenberger and the great inconvenience to him that dictates that the deposition go forward only in Ohio (as well as customary practice). I will promptly move for a protective order so that the issue may be resolved, but wanted to give you notice that Mr. Weisenberger will not appear for deposition on Friday. Is it acceptable that I file the motion for protective order by Wednesday of next week? Please let me know.

Regards,


Michael D. Blanchard
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178
Phone (860) 240-2945
Desktop Fax (860) 240-2586
Email: michael.blanchard@bingham.com

*The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.*

*You should recognize that responses provided by means of this email are akin to ordinary telephone or face-to-face conversations and do not reflect the level of factual or legal inquiry or analysis which would be applied in the case of a formal legal opinion. A formal opinion could reach a different result. We would, of course, be happy to prepare such a definitive statement or formal opinion if you would like us to.*


-----Original Message-----
**From:** Leslie At Weinstein And Wisser [mailto:weinstein&wisser@dtg.net]
**Sent:** Wednesday, May 11, 2005 3:56 PM
**To:** Blanchard, Michael D.

**Cc:** rmorin@agentcando.com
**Subject:** Morin v. Nationwide

Dear Michael:

In response to your letter of May 10, 2005, we are in fact seeking to take Mr. Weisenburger's deposition as an officer or managing agent of NFCU, but we respectfully disagree that the deposition must occur in Ohio. Not only are the attorneys in regard to this litigation here in Connecticut, but NFCU has asserted a counterclaim and hence serves as plaintiff in that regard. Still further, in comparing the extraordinary expense and ability to burden such expense, it is apparent that it should not impose a great hardship on Mr. Weisenburger to come here to Connecticut. When you compare having lawyers from your firm as well as the undersigned and all of the time required for the logistics to fly to Ohio for this deposition, with all due respect, I think that the position of NFCU is unreasonable.

Please advise if you will produce Mr. Weisenburger here pursuant to the notice of deposition. Otherwise, we will pursue this matter with the Court.

Very truly yours,

Richard P. Weinstein

RPW:lmv
(Dictated but not read)

cc: Mr. Ronald P. Morin, Sr.