# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD P. MORIN, SR., ET AL., | : | CIVIL ACTION NO. |
|     Plaintiffs, | : | |
| | : | 3:03 CV 277 (CFD) |
| v. | : | |
| | : | |
| NATIONWIDE FEDERAL CREDIT UNION, | : | |
| ET AL., | : | |
|     Defendants. | : | JUNE 14, 2005 |

## DEFENDANTS' MOTION TO COMPEL INTERROGATORY RESPONSES AND PRODUCTION OF DOCUMENTS

Pursuant to the Federal Rules of Civil Procedure, Rule 37, Defendants Nationwide Federal Credit Union, et al. (collectively "NFCU"), hereby respectfully submit this Motion To Compel Interrogatory Responses and Production of Documents. As explained more fully in the Memorandum of Law In Support of Motion to Compel Interrogatory Responses and Production of Documents, the Plaintiffs in this action have failed to comply with their discovery obligations. In particular, the Plaintiffs: (i) have responded to several interrogatories simply by directing the Defendants to "see attached documents," -- i.e. the Plaintiffs' entire, unnumbered document production on multiple topics -- in violation of Fed. R. Civ. P. 33(d); (ii) have refused, based on claimed irrelevance, to produce documents bearing directly on an issue that is critical to the claims, counterclaim and defenses in this litigation; and (iii) in response to several interrogatories and document requests, has refused to respond on the ground that the information was produced by the Plaintiffs to the Defendants in other litigation -- when it was not.

**ORAL ARGUMENT REQUESTED**

CTDOCS/1631075.1

**CONCLUSION**

For the foregoing reasons, and for the reasons explained more fully in the Memorandum of Law In Support of Motion to Compel Interrogatory Responses and Production of Documents submitted herewith, NFCU respectfully submits that its Motion To Compel be granted in all respects.

**DEFENDANTS**
**NATIONWIDE FEDERAL CREDIT UNION, ET AL**

By: /s/ Michael D. Blanchard
   Deborah S. Freeman (ct05257)
   Michael D. Blanchard (ct25891)
   BINGHAM McCUTCHEN LLP
   One State Street
   Hartford, CT 06103-3178
   (860) 240-2700
   (860) 240-2818 (fax)
   Their Attorneys
   deborah.freeman@bingham.com
   michael.blanchard@bingham.com

## **CERTIFICATION**

This is to certify that on this 14th day of June, 2005, a copy of the foregoing was sent via U.S. Mail, postage prepaid, to:

Richard P. Weinstein, Esq.
Weinstein & Wisser P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107

                                              /s/ Michael D. Blanchard
                                              Michael D. Blanchard