# EXHIBIT B

CTDOCS/1594690.1

# NATIONWIDE FEDERAL CREDIT UNION
ONE NATIONWIDE PLAZA · COLUMBUS OHIO 43216

**SOCIAL SECURITY NUMBER:** 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
**TELEPHONE NUMBER:** (203) 528-8032
**MEMBER NAME:** MORIN (LAST) RONALD (FIRST) P. (INITIAL)
**ADDRESS:** 87 GAIL LANE
SO. WINDSOR, CT. 06074

YOU REQUEST THE FOLLOWING ADVANCE SUBJECT TO THE TERMS AND CONDITIONS OF YOUR LOANLINER® CREDIT AGREEMENT $ **85,000.00**

**DATE WANTED:** 02/15/94
**PURPOSE/LOAN SUBACCOUNT DESCRIPTION:** PARTNERSHIP PLUS AGENCY DEV. LOAN
**SECURITY OFFERED (IF ANY):**

## 2 CHANGES SINCE LAST ADVANCE

LIST ALL DEBTS: (i.e., Rent, Mortgage, Auto, Credit Cards, Credit Union, Alimony, etc.) ATTACH ADDITIONAL SHEET IF NECESSARY    PRESENT BALANCE    MONTHLY PAYMENT

MARITAL STATUS - DO NOT COMPLETE IF APPLYING FOR INDIVIDUAL UNSECURED CREDIT UNLESS YOU RESIDE OR ARE RELYING UPON PROPERTY IN A COMMUNITY PROPERTY STATE (AZ, CA, ID, LA, NV, NM, TX, WA, WI).

IF YOU ARE WORKING, NAME AND ADDRESS OF NEW EMPLOYER    NEW POSITION    UNMARRIED / MARRIED / SEPARATED

DATE HIRED    PHONE NO.    MONTHLY SALARY $

NOTICE: YOU DON'T HAVE TO INCLUDE INCOME FROM CHILD SUPPORT, SEPARATE MAINTENANCE, OR ALIMONY UNLESS YOU WANT THE CREDIT UNION TO CONSIDER IT.    SOURCE OF OTHER INCOME    NET / GROSS    OTHER MONTHLY INCOME $

## 3 SECURITY OFFERED

IN ADDITION TO THE PLEDGE OF SHARES IN YOUR LOANLINER® CREDIT AGREEMENT, THE FOLLOWING PROPERTY SECURES THE ADVANCE:

PROPERTY    MODEL    YEAR    I.D. NUMBER    TYPE    VALUE

COMMISSIONS, EXTENDED EARNINGS, AND DEFERRED COMPENSATION INCENTIVE CREDITS.

OTHER (DESCRIBE)
PLEDGE OF SHARES $
ACCOUNT NO(S).
PRIMARY USE OF PROPERTY: PERSONAL / BUSINESS / FARMING    KEY NO:
PURCHASE MONEY: YES / NO    LOCATION OF PROPERTY:

## 4 PAYMENT TERMS

| DAILY PERIODIC RATE | ANNUAL PERCENTAGE RATE | INTEREST RATE IS: | OTHER CHARGES (DESCRIBE) | LOAN LIMIT |
|---|---|---|---|---|
| 0.0192 % | 7.000 % | FIXED / X VARIABLE | | |

| AMOUNT APPROVED | OTHER CHARGES | AMOUNT ADVANCED | PREV. LOANLINER® BALANCE (THIS SUBACCOUNT) | OTHER LOANS | NEW BALANCE |
|---|---|---|---|---|---|
| $ 85,000.00 | + $ 0.00 | = $ 85,000.00 | + $ 0.00 | $ 0.00 | = $ 85,000.00 |

| CURRENT PMT | DATE DUE | PMT AFTER ADVANCE | DATE DUE | PMT FREQUENCY | TOTAL PMT ALL ACCTS | REMAINING LIMIT |
|---|---|---|---|---|---|---|
| 0.00 | | 580.54 | 03/15/94 | SEMI-MONTH | | |

0.00    0.00
0.00    0.00
0.00    0.00
0.00    0.00

SHARES

## 5 SIGNATURES SIGN BELOW

BY SIGNING BELOW OR UNDER THE ENDORSEMENT ON THE ADVANCE PROCEEDS CHECK YOU AGREE:
- TO MAKE AND BE BOUND BY THE TERMS OF THE SECURITY AGREEMENT.
- THAT EVERYTHING IN SECTION 2 IS A COMPLETE LISTING OF ALL YOUR DEBTS AND OBLIGATIONS.
- THAT THE CREDIT UNION WILL RELY ON THE INFORMATION IN SECTION 2 TO MAKE A DECISION ON THIS ADVANCE.
- TO MAKE PAYMENTS AS DISCLOSED IN SECTION 4.
- TO THE TERM(S) DISCLOSED BELOW IF ANY ONE OR MORE ITEM(S) ARE CHECKED.

IF YOU ARE NOT A BORROWER BUT AN OWNER OF THE COLLATERAL, SIGN BELOW AND CHECK THE APPLICABLE BOX.

YOU ARE RECEIVING A CASH/CHECK ADVANCE in D/B/A
YOU ARE PLEDGING SHARES FOR THE AMOUNT SHOWN IN THE SECURITY OFFERED SECTION.
THE CHANGE IN THE TERM(S) OF YOUR LOANLINER® AGREEMENT MARKED WITH A STAR(*).

BUCKLAND HILLS INSURANCE AGENCY
BY X Ronald P. Morin (SEAL) 1-5-94
SIGNATURE    Proprietor DATE
X (SEAL)

SIGNATURE OWNER OF COLLATERAL (Other than a Borrower)    DATE
Ronald P. Morin
X (SEAL)
SIGNATURE
X Ronald P. Morin    Individual DATE
(SEAL)

## 6 FOR CREDIT UNION USE ONLY

REQUESTED:
[ ] BY MAIL
[ ] BY PHONE
CHECK NUMBER

TRANSACTION:
[ ] THRU OFFICE
[ ] INTERNALLY BY CU
[ ] FIRST ADVANCE
[ ] SUBSEQUENT ADVANCE
[ ] INSURANCE CHANGE
DEPOSIT ACCT. NUMBER

MEMBER PAYS PREMIUM FOR:
[ ] CREDIT DISABILITY
[ ] SINGLE CREDIT LIFE
[ ] JOINT CREDIT LIFE
PLAN/SUBACCOUNT NO. 17

REPAYMENT THROUGH:
[X] PAYROLL DEDUCTION
[ ] CASH
[ ] AUTOMATIC PAYMENT
[ ] MILITARY ALLOTMENT
LOAN NUMBER

CONTRACT NUMBER    REFERENCE NUMBER    BRANCH NUMBER

©CUNA MUTUAL INSURANCE SOCIETY, 1980, 82, 84, 86, 89, ALL RIGHTS RESERVED    CREDIT UNION    VST073 $5826LL

# Security Agreement

## 1 MEMBER INFORMATION

DATE OF ADVANCE: 007119006

SOCIAL SECURITY NUMBER: 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  (203) 528-8032

MEMBER NAME (LAST): MORIN  (FIRST): RONALD  (INITIAL): P.

ADDRESS: 87 GAIL LANE

CITY: SO. WINDSOR  STATE: CT  ZIP: 06074

Serving the Nationwid[e]
NATIONW[IDE]
FEDERAL CREDIT [UNION]
ONE NATIONWIDE PLAZA • COLUMBUS, O[H]

FOR FILING OFFICER (DATE, TIME, NUMBER, FILING OFFICE)
MATURITY DATE
CHECK BOX IF NEW ADDRESS OR PHONE NO.

In this agreement all references to "credit union" mean the credit union whose name appears on this agreement and anyone to whom the credit union assigns the LOANLINER® Credit Agreement. All references to "the advance" mean the amount in the box labeled "New Balance". All references to "you" mean each person who signs this agreement.

**THE SECURITY FOR THE LOAN** — By signing this security agreement in the signature area or under the statement referring to this agreement which is on the back of the check you receive for the advance, you give the credit union what is known as a security interest in the property described in the "Security Offered" section. The security interest you give includes all accessions. Accessions are things which are attached to or installed in the property now or in the future. The security interest also includes any replacements for the property which you buy within 10 days of the advance or any extensions, renewals or refinancing of the advance. It also includes any money you receive from selling the property or from insurance you have on the property. If the value of the property declines, you promise to give the credit union more property as security if asked to do so.

**WHAT THE SECURITY INTEREST COVERS** — The security interest secures the advance and any extensions, renewals or refinancings of the advance. It al[so secures] any other advances you have now or receive in the future under the LOA[NLINER] Credit Agreement and any other amounts you owe the credit union for a[n advance] now or in the future. If the property description is marked with two star[s, the property is household goods as defined by the Credit Practice Rule, th[en it] will secure only the advance and not other amounts you owe.

**OWNERSHIP OF THE PROPERTY** — You promise that you own the pr[operty]. If this advance is to buy the property, you promise you will use the ad[vance for] that purpose. You promise that no one else has any interest in or clai[m to] the property that you have not already told the credit union about. You [promise] not to sell or lease the property or to use it as security for a loan with anothe[r person] until the advance is repaid. You promise you will allow no security intere[st] to attach to the property either by your actions or by operation of law.

**PROTECTING THE SECURITY INTEREST** — If your state issues a title for the [property] you promise to have the credit union's security interest shown on the title. T[he credit] union may have to file what is called a financing statement to protect its [security] interest from the claims of others. If asked to do so, you promise to sign a f[inancing]

## 3 SECURITY OFFERED

IN ADDITION TO THE PLEDGE OF SHARES IN YOUR LOANLINER® CREDIT AGREEMENT, THE FOLLOWING PROPERTY SECURES THE ADVANCE:

PROPERTY: COMMISSIONS, EXTENDED EARNINGS, COMPENSATION, INCENTIVE CREDITS, AND DEFERRED

MODEL:     YEAR:     I.D. NUMBER:     TYPE:     VALUE:

OTHER (DESCRIBE):

PLEDGE OF SHARES $

ACCOUNT NO(S).

PRIMARY USE OF PROPERTY: PURCHASE MONEY: YES / NO  PERSONAL  BUSINESS  FARMING  KEY NO[.]

LOCATION OF PROPERTY:

NEW BALANC[E] (TOTAL SECURED A[DVANCE]) $ 85,000

statement. You also promise to do whatever else the credit union thinks is necessary to protect its security interest in the property.

**USE OF PROPERTY** — Until the advance has been paid off, you promise you will: (1) Use the property carefully and keep it in good repair, (2) Obtain written permission from the credit union before making major changes to the property, (3) Inform the credit union in writing before changing your address or the address where the property is kept, (4) Allow the credit union to inspect the property, (5) Promptly notify the credit union if the property is damaged, stolen or abused, (6) Not use the property for any unlawful purpose.

**PROPERTY INSURANCE, TAXES AND FEES** — You promise to pay all taxes and fees (like registration fees) due on the property and to keep the property insured against loss and damage. The amount and coverage of the property insurance must be acceptable to the credit union. You may provide the property insurance through a policy you already have, or through a policy you get and pay for. You promise to make the insurance policy payable to the credit union and to deliver the policy or proof of coverage to the credit union if asked to do so.

If you cancel your insurance and get a refund, the credit union has a right to the refund. If the property is lost or damaged, the credit union can use the insurance settlement to repair the property or apply it towards what you owe. You authorize the credit union to indorse any draft or check which may be payable to you in order for the credit union to collect any refund or benefits due under your insurance policy.

If you do not pay the taxes or fees on the property when due or keep it insured, the credit union may pay these obligations, but is not required to do so. Any money the credit union spends for taxes, fees or insurance will be added to the unpaid balance of the advance and you will pay interest on those amounts at the same rate you agreed to pay on the advance. If the credit union adds amounts for taxes, fees, or insurance to the unpaid balance of your advance, your payments may be increased by the amount necessary for the advance to be paid off in the same number of months originally scheduled.

**DEFAULT** — You will be in default if you break any promise you make under this agreement. You will also be in default if you are in default under the LOANLINER® Credit Agreement. If you are pledging property, you have not signed the LOANLINER® Credit Agreement, you will be in default if anyone is in default who has signed the LOANLINER® Credit Agreement.

**WHAT HAPPENS IF YOU ARE IN DEFAULT** — When you are in default, the credit union can, without advance notice to you, require immediate payment of what you owe under the LOANLINER® Credit Agreement and take possession of the property. You agree the credit union has the right to take possession of the property without going to court and without giving you advance notice. If you are asked to do so by the credit union, you promise to deliver the property at and place the credit union chooses. The credit union will not be responsible f[or] of your other property, not covered by this agreement, that you leave insi[de the] property. The credit union will try to return that property to you or make it av[ailable] for you to claim.

After the credit union has possession of the property, it can sell it and app[ly the] money received to any amounts you owe the credit union. The credit union wi[ll give] you notice of any public sale or the date after which a private sale will be [held]. The expenses of the credit union for taking possession of and selling the pro[perty] will be deducted from the money received from the sale. Those costs may in[clude] the cost of storing the property, preparing it for sale and attorney's fees to the e[xtent] permitted under state law or awarded under §506(b) of the Bankruptcy Code. [The] rest of the sale money [will be applied to what you owe] under the LOANLINER® [Credit] Agreement.

If you have agreed to pay the advance, you will also have to pay any amoun[t that] remains unpaid after the sale money has been applied to the unpaid balance o[f the] advance and to what you owe under this agreement. You agree to pay intere[st on] that amount at the same rate as the advance until that amount has been p[aid].

**DELAY IN ENFORCING RIGHTS AND CHANGES IN THE AGREEMENT** — The c[redit] union can delay enforcing any of its rights under this agreement any numb[er of] times without losing the ability to exercise its rights later. The credit union can en[force] this agreement against your heirs or legal representatives. If the credit union cha[nges] the terms of the LOANLINER® Credit Agreement, you agree that this agreeme[nt will] continue to protect the credit union.

**CONTINUED EFFECTIVENESS** — If any part of this agreement is determine[d by] a court to be unenforceable, the rest will remain in effect.

SIGNATURE: Ronald P. Morin D/B/A BUCKLAND HILLS INSURANCE AGENCY  DATE: 1-5-94
By X [signature]  Proprietor  DATE (SEAL)

SIGNATURE: Ronald P. Morin  DATE
X [signature]  Individual (SEAL)

SIGNATURE OF CREDIT UNION REPRESENTATIVE/TITLE
X _____ (SEAL)

STATE OF _____

COUNTY OF _____  SS.

**CERTIFICATE**

The undersigned notary public certifies that the above and foregoing is a true copy of the original security agreement, executed, and delivered by the debtor named therein and to the secured party therein.



**NATIONWIDE FEDERAL CREDIT UNION** — Serving the Nationwide Family

# COMMISSION DISBURSEMENT/TERM AUTHORIZATION FORM

**NAME:** RONALD P. MORIN

**CREDIT UNION ACCOUNT NUMBER:** 907 119 006

**MEMBER:** To expedite the processing of your LOANLINER application, please complete each of the following three sections and submit this form with your application.

---

## I. COMMISSION DEDUCTION AUTHORIZATION

The authorization of commission deductions entitles you to the reduced automated interest rate.

### COMMISSION DEDUCTION AUTHORIZATION AND ASSIGNMENT

To Treasurer: Nationwide Mutual Insurance Company • Nationwide Mutual Fire Insurance Company • Nationwide Life Insurance Company • and their affiliate organizations

I hereby authorize you to make deductions from my **COMMISSIONS** and any other amounts due me as specified below, and to transfer to **NATIONWIDE FEDERAL CREDIT UNION** any and all payments for all outstanding loans due by me to the Credit Union which are due now or hereafter, and deposit same to the account of **NATIONWIDE FEDERAL CREDIT UNION**.

This authorization shall include all commissions and any other compensation becoming due upon me, or any time hereafter, and at the termination of my **AGENT'S AGREEMENT**, such amounts due me shall be applied in their entirety to my indebtedness to **NATIONWIDE FEDERAL CREDIT UNION**.

Agent Compensation Assignment Approved

_[signature]_
**Secretary**
Executive Vice President,
Secretary and General Counsel

Signature: _Ronald P. Morin_
Date: 1-5-94   Acct. # 907119006   Agent # 10509

*After loan is paid off, loan payment will continue to be deducted and automatically transferred to my primary savings account. To stop this deduction, I realize I will have to complete a deduction change form from the Credit Union.*

---

## II. DISBURSEMENT AUTHORIZATION

Please indicate how the proceeds of this loan should be distributed:

| | AMOUNT |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

Please check one:
- ☐ Mail to: _____
- ☐ Pick Up: _____
- ☐ Regional Office: _____
- ☒ Deposit to:   ☐ CUchex   ☒ Savings (SEPARATE NEW ACCT.)

Signature: _Ronald P. Morin_   Date: 1-5-94

---

## III. APPROXIMATE TERM OF BORROWING

When my Partnership Plus Agency Development loan is approved, the approximate number of months I want to borrow is __96__ (up to 96 months).   _Ronald P. Morin_  1-5-94

R-UN-421   WHITE – Credit Union;   CANARY – Member Copy

**NATIONWIDE FEDERAL CREDIT UNION**
*Serving the Nationwide Family*

# ASSIGNMENT

**To Treasurer:** Nationwide Mutual Insurance Company, Nationwide Mutual Fire Insurance Company, Nationwide Life Insurance Company, and its affiliated organizations.

For value received, I hereby transfer, set over, and assign to Nationwide Federal Credit Union any and all payments due me, including commissions, extended earnings, deferred compensation incentive credits, bonuses, and any other compensation due me under my Agent's Agreement or any Agent's Agreement executed hereafter, for all outstanding loans from the Credit Union which are now or hereafter made, and deposit said payments to the account of Nationwide Federal Credit Union.

This assignment shall include all commissions, extended earnings, deferred compensation incentive credits, bonuses, and any other compensation becoming due upon me, or any time hereafter, and at the termination of my Agent's Agreement, such amounts due me shall be applied in their entirety to my indebtedness to Nationwide Federal Credit Union.

If my current business entity status changes any time subsequent to executing this assignment, I agree to immediately notify the credit union, and execute any and all documents necessary to reflect my current business entity status within 60 days of any change in my business entity status. If I do not execute all documents necessary to reflect my current business entity status within 60 days of any change in my business entity status, I will be in default of any loan secured by my compensation due me under my Agent's Agreement.

Signature: _Ronald P. Morin_
As an Individual

**Agent Compensation Assignment Approved**

_[signature]_

*Executive Vice President,*
*General Counsel and Secretary*

Name of Agency: _RONALD P. MORIN_

By: _Ronald P. Morin_

Title: _AGENT/OWNER_

Date: _1-5-94_

Account #: _____

Agent #: _10509_

R-UN-422    WHITE – Credit Union;    CANARY – Member Copy

HOME OFFICE: ONE NATIONWIDE PLAZA • COLUMBUS, OH 43215-2220



Agent/Borrower acknowledges that any Agency Security Compensation payable to Agent/Borrower pursuant to any Agent's Agreement between Agent and the Nationwide Insurance Companies (Nationwide) will be reduced by any sums paid by Nationwide to the Nationwide Federal Credit Union (Credit Union) for the satisfaction of debts due the Credit Union from Agent, plus interest from the date such debt is satisfied by Nationwide. The interest rate to be applied is the interest rate stated in the promissory note executed by Agent/Borrower, which was by Nationwide, or the highest interest rate permitted by law, whichever is lower.

_Rondal P. Morin_
Agent/Borrower

#10509-06
Agent Number

1-5-94
Date

1686/F/930346/1/mas

NATIONWIDE MUTUAL INSURANCE COMPANY
NATIONWIDE MUTUAL FIRE INSURANCE COMPANY
NATIONWIDE LIFE INSURANCE COMPANY
NATIONWIDE GENERAL INSURANCE COMPANY
NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY