# EXHIBIT D

```
 1              UNITED STATES DISTRICT COURT
 2             JUDICIAL DISTRICT OF CONNECTICUT
 3                                                    COPY
 4   - - - - - - - - - - - - - - - - - -X
     RONALD P. MORIN, SR. and DENISE      :
 5   M. MORIN,                            :
                     PLAINTIFFS           :
 6                                        :
     VS.                                  :
 7                                        :
     NATIONWIDE FEDERAL CREDIT UNION,     :
 8   NATIONWIDE MUTUAL INSURANCE          :
     COMPANY, NATIONWIDE MUTUAL FIRE      :
 9   INSURANCE COMPANY, NATIONWIDE        :
     LIFE AND ANNUITY INSURANCE           :
10   COMPANY, NATIONWIDE PROPERTY AND     :
     CASUALTY INSURANCE COMPANY,          :
11   NATIONWIDE LIFE INSURANCE COMPANY    :
     and NORRIS J. YOUNG, JR.,            :
12                   DEFENDANTS           :
     - - - - - - - - - - - - - - - - - -X
13
14            Docket No. C:03 CV 277(CFD)
15
16            Deposition of RONALD MORIN, SR.,
     taken at the offices of Bingham McCutchen,
17   LLP, One State Street, Hartford,
     Connecticut  06103, before Clifford
18   Edwards, LSR, Connecticut License No.
     SHR.407, a Professional Shorthand Reporter
19   and Notary Public, in and for the State of
     Connecticut on May 25, 2005, at 9:00 a.m.
20
21
22
23
24
25
```

REPORTING SERVICES ARRANGED THROUGH:
AMBASSADOR LEGAL SERVICES  (800) 486-9868

53

```
 1    A    I believe it's referred to in the
 2  supplements and here they refer to the schedule
 3  compensation.
 4         So there is a schedule of compensation
 5  that goes with this that outlines the fact they will
 6  pay a certain percentage of earned premium.
 7         MR. WEINSTEIN:  Great minds.
 8         THE WITNESS:  Okay.
 9  BY MR. BLANCHARD:
10    Q    Now, when you left Nationwide, did you
11  begin selling insurance for other companies?
12    A    Yes.
13    Q    How long after February 6th did you?
14    A    I can't recall exactly.
15    Q    Can you recall generally?
16    A    Within a week.
17    Q    And you referred to agency security
18  compensation earlier.  You said that was referenced
19  in your agent's agreement.
20         Correct?
21    A    I believe so, yes.
22    Q    Now, if I could refer you back to
23  Exhibit 2, if you could go to Paragraph 11-F?
24    A    Uh-huh.  Okay.
25    Q    Are you familiar with Paragraph 11-F?
```

```
 1      A    Not right now.  No, I haven't read it in a
 2 long time.
 3      Q    Were you at one time familiar with it?
 4      A    I would say yes.
 5      Q    When was that time frame?
 6      A    I can't recall.
 7      Q    Can you recall generally a five-year
 8 period?
 9      A    No.  I'd say over five years.
10      Q    Did you read Paragraph 11-F before you
11 left Nationwide?
12      A    I can't recall.
13      Q    And Paragraph 11-F is cessation of
14 agency's security compensation.
15           Correct?
16      A    Uh-huh.
17      Q    Please read to yourself the introductory
18 sentence and the first Subparagraph, 11-F through
19 11-F-1.
20      A    Okay.
21      Q    Just take a moment.
22      A    Okay.  I read 11-F-1.
23      Q    Okay.  Now, when you sold insurance for
24 other companies following February 6th, during that
25 first week, did you do so from the same office that
```

55

1 you were using when you were a Nationwide
2 independent agent?
3     A    It was my office. Yes.
4     Q    So it was within the 25-mile radius
5 referenced in Paragraph 11-F-1?
6     A    Correct.
7     Q    And -- well, let's just make this simple.
8 Would you agree that you committed the acts that are
9 referenced in Paragraph 11-F-1?
10         MR. WEINSTEIN: Object to the form.
11     A    Not without qualifications.
12 BY MR. BLANCHARD:
13     Q    Let's back up.
14     Did you sell insurance within a 25-mile
15 radius of your previous Nationwide office within one
16 year after February 6, 2000?
17     A    Yes.
18     Q    And did you sell that insurance written
19 for companies other than Nationwide?
20     A    Yes.
21     Q    Okay. Now, what are your qualifications
22 regarding Paragraph 11-F-1?
23         MR. WEINSTEIN: Object to the form.
24         You can answer.
25     A    I was retired and then terminated

56

1  virtually the same day.
2         So termination meant the end of the agent
3  security compensation.
4  BY MR. BLANCHARD:
5      Q    First of all, what do you mean by retired?
6      A    Just what it means, retired.
7      Q    You planned on not working any further?
8      A    No, but not within a 25-mile radius.
9      Q    You had plans for developing an office
10 outside the 25-mile radius?
11     A    Yes.
12     Q    And did you have -- what were the nature
13 of those plans?
14     A    To relocate to New Hampshire -- excuse me,
15 to Vermont.
16     Q    To Vermont?
17     A    Uh-huh.
18     Q    Did you purchase office space in Vermont
19 or lease --
20     A    I had a second home there that was
21 adequate for the operations.
22     Q    Do you still have that second home?
23     A    No.
24     Q    When did you sell that second home?
25     A    When the -- what I would like to say --

57

```
 1                 MR. WEINSTEIN:  No.
 2       A    May of '03, I believe it was.
 3  BY MR. BLANCHARD:
 4       Q    And when you -- did you have a license to
 5  sell insurance in Vermont?
 6       A    I believe I did at that time.
 7       Q    Was that through Nationwide?
 8       A    I can't recall.  If it was in 2003, it
 9  would have been Nationwide.
10       Q    I'm sorry.  In 2000.
11       A    Yes, actually.
12            Because I wrote my own homeowners up there
13  so I did have a license with them.
14       Q    And had you made plans toward selling
15  insurance in Vermont at that time?
16       A    Yes.
17       Q    What were the nature of those plans?
18       A    That's a broad statement.  I was going to
19  rebuild an agency up there.
20       Q    Well, had you -- was it just a thought in
21  the back of your --
22                 (THEREUPON, THE COURT REPORTER
23                  REQUESTS CLARIFICATION.)
24  BY MR. BLANCHARD:
25       Q    Was it just a thought in your mind, or had
```

58

1  you made efforts towards selling insurance in
2  Vermont?
3             MR. WEINSTEIN:  Object to the form.
4             But you can answer.
5       A     It was not just a thought.
6  BY MR. BLANCHARD:
7       Q     Okay.  Did you take steps towards selling
8  insurance in Vermont?
9       A     Yes.
10      Q     What steps did you take?
11      A     I made a business plan to begin operation
12 up there after I retired from Nationwide.
13      Q     Do you have copies of that business plan?
14      A     No, I don't believe I do at this point.
15      Q     What other steps did you take?
16      A     I can't recall the steps I took.
17      Q     And why didn't you sell insurance in
18 Vermont?
19      A     Because I had just been terminated in
20 Connecticut, which meant that the security
21 compensation I would receive which would effectively
22 help subsidize me to start another business was
23 being taken away.
24      Q     Did you think to notify anyone in
25 Nationwide that you weren't selling insurance in

255

```
 1                    C E R T I F I C A T E

 2          I hereby certify that I am a Notary Public,

 3   in and for the State of Connecticut, duly

 4   commissioned and qualified to administer oaths.

 5          I further certify that the deponent named in

 6   the foregoing deposition was by me duly sworn, and

 7   thereupon testified as appears in the foregoing

 8   deposition; that said deposition was taken by me

 9   stenographically in the presence of counsel and

10   reduced to typewriting under my direction, and the

11   foregoing is a true and accurate transcript of the

12   testimony.

13          I further certify that I am neither of

14   counsel nor attorney to either of the parties to

15   said suit, nor am I an employee of either party to

16   said suit, nor of either counsel in said suit, nor

17   am I interested in the outcome of said cause.

18          Witness my hand and seal as Notary Public

19   this    3rd    day of    June            , 2005


22                  _____

23                          Clifford Edwards

24                          Notary Public

25   My commission expires:  9/30/2006
```

DEL VECCHIO REPORTING SERVICES
(203) 245-9583