UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONALD P. MORIN, SR., ET AL.,<br>    Plaintiffs,<br><br>v.<br><br>NATIONWIDE FEDERAL CREDIT UNION,<br>ET AL.,<br>    Defendants. | : CIVIL ACTION NO.<br>:<br>: 3:03 CV 277 (CFD)<br>:<br>:<br>:<br>:<br>:<br>: JUNE 14, 2005 |

**<u>AFFIDAVIT OF MICHAEL D. BLANCHARD
PURSUANT TO L.R. 37(A)(2) CONCERNING DEFENDANTS'
MOTION TO COMPEL</u>**

Pursuant to Local Rule 37(a)(2), Michael D. Blanchard, (the undersigned) counsel for defendants in the above-captioned action, being duly sworn, hereby deposes and says:

1. I am over the age of eighteen years and understand the obligations of an oath.

2. I am associated with the law firm of Bingham McCutchen LLP and represent the Defendants in this matter.

3. This Affidavit is made in connection with Defendants' Motion to Compel Interrogatory Responses and Production of Documents, pursuant to Local Rule 37(a)(2).

4. I have engaged in written communications with Plaintiff's counsel in a good faith effort to resolve the parties' discovery dispute without Court intervention. In particular, on June 7, 2005, I wrote to Plaintiffs' counsel detailing the deficiencies in the Plaintiffs' interrogatory

responses and document production, and requesting that Plaintiffs' counsel respond by June 10, 2005. Ex. A. As of this date, the Plaintiffs have not responded.

Dated at Hartford, Connecticut, this 14th day of June, 2005

Michael D. Blanchard

Subscribed and sworn to before me
this 14th day of June, 2005

Theresa L. Curran
Notary Public
My Commission Expires: Jan. 31, 2010

3

## CERTIFICATION

This is to certify that on this 14th day of June, 2005, a copy of the foregoing was sent via U.S. Mail, postage prepaid, to:

Richard P. Weinstein, Esq.
Weinstein & Wisser P.C.
29 South Main Street, Suite 207
West Hartford, Connecticut 06107

_____
Michael D. Blanchard

CTDOCS/1630967.1

# EXHIBIT A

CTDOCS/1594690.1

**BINGHAM McCUTCHEN**

Michael D. Blanchard
Direct Dial: (860) 240-2945
E-Mail: michael.blanchard@bingham.com

June 7, 2005

Bingham McCutchen LLP
One State Street
Hartford, CT
06103-3178

860.240.2700
860.240.2800 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
San Francisco
Silicon Valley
Singapore
Walnut Creek
Washington

**VIA FAX & U.S .FIRST-CLASS MAIL**
Richard P. Weinstein, Esq.
Weinstein & Wisser, P.C.
29 South Main Street - Suite 207
West Hartford, CT  06107

Re:   **Ronald P. Morin, Sr., et al. v. Nationwide Federal Credit Union, et al.
        Action No. 3:03 CV 227 (CFD)**

Dear Mr. Weinstein:

I am in receipt of "Plaintiffs' Responses To Defendants' First Set Of Interrogatories And Requests For Production of Documents," dated April 22, 2005. Particularly in light of Mr. Morin's testimony at his deposition on May 25, 2005, several deficiencies in the Responses need be rectified to avoid motion practice.

**Document Requests**
Requests No. 14-15, 19-23 seek documents related to Mr. Morin's agreements with and compensation from insurance companies or businesses and individuals in the insurance business other than Nationwide.

With respect to Request No. 14 only, you have objected on the grounds that such documents are confidential. I have long ago proposed a draft stipulated protective order pursuant to which the documents may be produced. If you'd prefer, I will accept the opportunity to review the documents in your office under an agreement of strict confidentiality and demand production only after consideration of their relevance to the claims and defenses asserted in the litigation.

Also as to Request No. 14 and the remainder of Requests No. 15 and 19-23, you have objected on the grounds of relevance. However, Mr. Morin testified at his deposition that he had no plans to compete with Nationwide prior to February 9, 2000, and that his competition was only the result only of NFCU's notice of default. The issue of when Mr. Morin competed is now potentially important to the case, and the documents, bearing on Mr. Morin's competition, must be produced.

CTDOCS/1630548.1

Richard Weinstein, Esq.
June 7, 2005
Page 2

Bingham McCutchen LLP
bingham.com

### Interrogatories

In response to Requests Nos. 5-7 and 11, you have responded "see attached documentation." As for Interrogatory No. 9, you have responded "see attached correspondence and default notices." The responses are deficient pursuant to Fed. R. Civ. P. 33(d) which requires that you "specify the records from which the answer may be derived or ascertained" and a "specification shall be in sufficient detail to permit the interrogating party to locate and identify, as readily as can the party served, the records from which the answer may be ascertained." This is so particularly in light of the fact that the documents produced are sufficiently voluminous, not bates labeled, contain correspondence on numerous topics, and in several instances are not readily identifiable (there are many pages of handwritten notes). Please advise promptly as to whether you will cause your answers to comply with Federal Rule of Civil Procedure 33(d).

### Requests and Interrogatories

With respect to Interrogatories 1 and 3, and document Requests 6 and 11, you have responded that documentation has presumably already been produced in other litigation. To my knowledge, it has not. Please produce the documents.

Please advise by no later than Friday, June 10, 2005 as to your intentions so that I am aware of which discovery requests (if any) you intend to supplement and will not move to compel regarding the same. Otherwise, while I would hope that we can resolve these issues without Court intervention, I will have no choice but to seek the Court's resolution.

Very truly yours,

Michael D. Blanchard
MDB/cjh

```
*********************
***   TX REPORT    ***
*********************

TRANSMISSION OK

TX/RX NO              0639
CONNECTION TEL                        95216150
SUBADDRESS
CONNECTION ID
ST. TIME              06/07 05:33
USAGE T               00'35
PGS. SENT             3
RESULT                OK
```

**BINGHAM McCUTCHEN**

# Facsimile

DATE: June 7, 2005

|  | NAME | FAX | PHONE |
|---|---|---|---|
| TO: | Richard P. Weinstein, Esq.<br>Weinstein & Wisser, P.C. | (860) 521-6150 | (860) 561-2628 |
| FROM: | Michael D. Blanchard<br>michael.blanchard@bingham.com | (860) 240-2800 | (860) 240-2945 |

PAGES: (INCLUDING THIS COVER PAGE): 3

RE: <u>Ronald P. Morin, Sr., et al. v. Nationwide Federal Credit Union, et al.</u>

MESSAGE:

Bingham McCutchen LLP
One State Street
Hartford, CT
06103-3178

860.240.2700
860.240.2800 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
Orange County
San Francisco
Silicon Valley
Tokyo
Walnut Creek
Washington