UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD P. MORIN, SR., ET AL., | : | CIVIL ACTION NO. |
|     Plaintiffs, | : | |
| | : | 3:03 CV 277 (CFD) |
| v. | : | |
| | : | |
| NATIONWIDE FEDERAL CREDIT UNION, | : | |
| ET AL., | : | |
|     Defendants. | : | JUNE 23, 2005 |

## DEFENDANTS' MOTION FOR CLARIFICATION OF JUNE 22, 2005 ORDER

Defendants Nationwide Federal Credit Union, et al. (collectively "Defendants"), hereby respectfully move for clarification of this Court's June 22, 2005 order "granting, absent objection, [Docket No. 55] motion for extension of time until 30 days after completion of discovery to file the joint trial memorandum" (the "Order").

The Defendants seek confirmation of their understanding that the Order also suspends the time for filing dispositive motions (which were due the same day as the Joint Trial Memorandum) until thirty days after discovery is completed, for the following reasons:

The Order is issued with respect to Docket No. 55, which was the Plaintiffs' motion to extend the time to file the joint trial memorandum until thirty days after discovery is complete. In response to the Plaintiffs' motion, the Defendants requested that the date for dispositive motions also be extended by thirty days (*see* Docket No. 56). The Plaintiffs have served their reply to the Defendants' motion for extension on June 20, 2005, and did not object to the summary judgment

CTDOCS/1631970.1

deadline being extended.[1]  Accordingly, there has been no objection to extending the summary judgment deadline.  However, because the Order explicitly refers only to Docket No. 55 (relating to the extension of the Joint Trial Memorandum), the Defendants seek clarification that the same ruling applies to the motion in Docket No. 56 regarding summary judgment, which the Plaintiffs have not objected to.

## CONCLUSION

For the foregoing reasons, NFCU respectfully requests that this Court's Order be clarified to extend the date for filing dispositive motions along with the extension of the deadline for the joint trial memorandum.

**THE DEFENDANTS,**
**NATIONWIDE FEDERAL CREDIT UNION, ET AL**

By: /s/ Michael D. Blanchard
    Deborah S. Freeman (ct05257)
    Michael D. Blanchard (ct25891)
    BINGHAM McCUTCHEN LLP
    One State Street
    Hartford, CT  06103-3178
    (860) 240-2700
    (860) 240-2818 (fax)
    Their Attorneys
    deborah.freeman@bingham.com
    michael.blanchard@bingham.com

---

[1] In Plaintiffs' motion for extension of time, certain requests made by the Plaintiffs were not consented to , namely, the request to designate an expert after the close of discovery. The Defendants object to that request.  Accordingly, the Defendants' response (Docket No. 56) and the Plaintiffs' reply (to be docketed) argue about the expert identification issue, the portion of the Plaintiffs' motion that was not consented to.

2

## **CERTIFICATION**

This is to certify that on this 23rd day of June, 2005, a copy of the foregoing was sent via U.S. Mail, postage prepaid, to:

Richard P. Weinstein, Esq.
Weinstein & Wisser P.C.
29 South Main Street - Suite 207
West Hartford, CT  06107

/s/ Michael D. Blanchard
Michael D. Blanchard

4