## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONALD P. MORIN, SR., et al.,<br>        Plaintiffs | :<br>:<br>: |
| v. | : Civil Action No. 3:03CV277(CFD) |
| | : |
| NATIONWIDE FEDERAL<br>CREDIT UNION, et al.,<br>        Defendants. | :<br>:<br>:<br>: |

### REFERRAL TO MAGISTRATE JUDGE

   This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

____   All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____   A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____   To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____   A recommended ruling on the following motions which are currently pending: (orefm.)

 **X**   A ruling on the following motion which is currently pending: **[57] Defendants' Motion to Compel Interrogatory Responses and Production of Documents, [58] Defendants' Memorandum of Law in Support of Motion to Compel Interrogatory Responses and Production of Documents, and [59] Affidavit of Michael D. Blanchard Pursuant to L. R. 37(A)(2) Concerning Defendants' Motion to Compel** (orefm.)

____   A settlement conference (orefmisc./cnf)

____   A conference to discuss and approve the following: (orefmisc./cnf)

____   Other: (orefmisc./misc) _____

   **SO ORDERED** this ___24th___ day of June, 2005, at Hartford, Connecticut.

                                                                ___/s/ CFD_____
                                                                **CHRISTOPHER F. DRONEY**
                                                                **UNITED STATES DISTRICT JUDGE**