FILED

2005 JUN 23 P 2:55

U.S. DISTRICT COURT
HARTFORD, CT.

Granted. The extension applies to the filing of dispositive motions also. So ordered.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RONALD P. MORIN, SR., ET AL.,
Plaintiffs,

v.

NATIONWIDE FEDERAL CREDIT UNION, ET AL.,
Defendants.

CIVIL ACTION NO.

3:03 CV 277 (CFD)

JUNE 23, 2005

**DEFENDANTS' MOTION FOR CLARIFICATION OF JUNE 22, 2005 ORDER**

Defendants Nationwide Federal Credit Union, et al. (collectively "Defendants"), hereby respectfully move for clarification of this Court's June 22, 2005 order "granting, absent objection, [Docket No. 55] motion for extension of time until 30 days after completion of discovery to file the joint trial memorandum" (the "Order").

The Defendants seek confirmation of their understanding that the Order also suspends the time for filing dispositive motions (which were due the same day as the Joint Trial Memorandum) until thirty days after discovery is completed, for the following reasons:

The Order is issued with respect to Docket No. 55, which was the Plaintiffs' motion to extend the time to file the joint trial memorandum until thirty days after discovery is complete. In response to the Plaintiffs' motion, the Defendants requested that the date for dispositive motions also be extended by thirty days (*see* Docket No. 56). The Plaintiffs have served their reply to the Defendants' motion for extension on June 20, 2005, and did not object to the summary judgment