UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RONALD P. MORIN, SR., et al.,
    Plaintiffs

v. : Civil Action No. 3:03CV277(CFD)

NATIONWIDE FEDERAL
CREDIT UNION, et al.,
    Defendants.

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_ A recommended ruling on the following motions which are currently pending: (orefm.)

**X** A ruling on the following motion which is currently pending: **[49] Defendants' Motion for Protective Order** (orefm.)

\_\_\_\_ A settlement conference (orefmisc./cnf)

\_\_\_\_ A conference to discuss and approve the following: (orefmisc./cnf)

\_\_\_\_ Other: (orefmisc./misc) _____

SO ORDERED this 29th day of June, 2005, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE