## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD P. MORIN, SR., ET AL., | : | CIVIL ACTION NO. |
| | : | 3:03CV277 (CFD) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| NATIONWIDE FEDERAL CREDIT UNION, ET AL., | : | |
| | : | |
| Defendants. | : | August 1, 2005 |

### **MOTION FOR EXTENSION OF TIME**

The plaintiffs in the above-entitled matter hereby request the Court for an additional (2) week extension of time up to and including August 15, 2005 in which to respond to the Defendant Nationwide Federal Credit Union's Second Set of Request for Production of Documents dated May 31, 2005.  Plaintiffs' counsel requests this extension for the reason that while the plaintiffs are currently in the process of preparing said responses and/or compliance to requests, due to an unexpected surgery of the paralegal preparing said responses, additional time is needed to fully respond to same.

The undersigned hereby certifies that this matter is not scheduled for trial.

WHEREFORE, the plaintiff respectfully requests that the Motion for Extension of Time be granted.

PLAINTIFFS,

By_____
 Richard P. Weinstein, Esquire of
 WEINSTEIN & WISSER, P.C.
 29 South Main Street, Suite 207
 West Hartford, CT  06107
 Telephone No. (860) 561-2628
 Facsimile No. (860) 521-6150
 Federal Bar No. ct06215

## **O R D E R**

The foregoing Motion for Extension of Time having been presented to the Court, it is hereby ORDERED:

GRANTED  /  DENIED   on this_____day of _____, 2005.

By the Court,


_____
Judge / Clerk of the Superior Court

## **CERTIFICATION**

This is to certify that on the 1st day of August, 2005, a copy of the foregoing was served upon:

Deborah S. Freeman
Michael D. Blanchard
Bingham McCutchen LLP
One State Street
Hartford, CT  06103


_____
Richard P. Weinstein

WCLIENTS\MORIN\EXTEND TIME 2RFP\MGO