## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD P. MORIN, SR., ET AL., | : | |
|     Plaintiffs, | : | Civil Action No. 3:03 CV 277 (CFD) |
| | : | |
| v. | : | |
| | : | |
| NATIONWIDE FEDERAL CREDIT UNION, ET AL., | : | |
|     Defendants. | : | |

### RULING ON MOTION FOR DISCLOSURE OF EXPERT

The plaintiffs' motion for the late disclosure of the plaintiffs' family doctor as an expert witness in this case [docket # 55] is granted, and good cause is found. The defendants may take the deposition of this witness within sixty (60) days of this order. The plaintiffs must produce their medical files to the defendants at this witness's deposition. The defendants' request for independent medical examinations of the plaintiffs pursuant to Fed. R. Civ. P. 35 [docket # 56] is denied without prejudice. All other relief requested by the defendants in their opposition to the plaintiff's motion [docket # 56] is denied, also without prejudice.

Discovery will be closed sixty (60) days after this order. In accordance with this Court's order of June 22, 2005 [docket # 60] dispositive motions are due thirty (30) days after the close of discovery.

SO ORDERED this   27th   day of December 2006, at Hartford, Connecticut.


    /s/ CFD
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**