UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD P. MORIN, SR., ET AL., | : | CIVIL ACTION NO. |
|     Plaintiffs, | : | |
| | : | 3:03 CV 277 (CFD) |
| v. | : | |
| | : | |
| NATIONWIDE FEDERAL CREDIT UNION, ET AL., | : | |
|     Defendants. | : | FEBRUARY 13, 2007 |

**JOINT MOTION FOR EXTENSION OF DISCOVERY
DEADLINE (*NOT* OTHERWISE AFFECTING CASE SCHEDULING)**

Pursuant to Local Rule 7(b), the parties hereby move for permission to conduct the deposition of plaintiff's expert, Robert H. Safer, M.D., on March 8, 2007, after the discovery deadline established by this Court's December 27, 2006 Order. As grounds for this Motion, the parties state as follows:

1. On December 27, 2006, this Court entered an order permitting the plaintiff to disclose an expert, Robert H. Safer, M.D., after the previously set deadline for expert disclosures (the "Order"). In the Order, the Court established that discovery must be completed 60 days thereafter (February 23, 2007), and that dispositive motions will be due 90 days thereafter.

2. The expert, Dr. Safer, is a practicing internist and accordingly has obligations to his patients for appointments and the like, established well in advance. Due to his professional obligations, Dr. Safer is unavailable to be deposed during the time that counsel for both defendants and plaintiffs are available in February. Dr. Safer, however, is available to be deposed on March 8, 2007, and counsel for both parties are available for the same date.

CTDOCS/1683153.1

3.  The date of the deposition of Dr. Safer will not result in delaying this Court's other scheduling deadline for filing dispositive motions.

4.  Accordingly, for good cause shown, the parties respectfully request that the Court allow Dr. Safer's deposition to be conducted on outside the discovery deadline.

5.  Counsel for both parties have conferred and consent to the relief sought herein.

THE PLAINTIFFS,
RONALD AND DENISE MORIN

By: _____
Richard P. Weinstein (ct06215)
Weinstein & Wisser, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107
860-561-2628
860-521-6150 (fax)
Their attorney
rpw1@dtg.net

THE DEFENDANTS,
NATIONWIDE FEDERAL CREDIT UNION, ET AL

By: _____
Deborah S. Freeman (ct05257)
Michael D. Blanchard (ct25891)
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103-3178
(860) 240-2700
(860) 240-2818 (fax)
Their Attorneys
deborah.freeman@bingham.com
michael.blanchard@bingham.com

## CERTIFICATION

This is to certify that on this 13th day of February, 2007, a copy of the foregoing was served via the Court's electronic notification system upon:

Richard P. Weinstein
Weinstein & Wisser, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107

_____
Michael D. Blanchard