UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONALD P. MORIN, SR. and DENISE M. MORIN, | : |
| Plaintiffs, | : |
| - against - | : Civil Action No.<br>: 3:03 CV 0277 (CFD) |
| NATIONWIDE FEDERAL CREDIT UNION, NATIONWIDE MUTUAL INSURANCE COMPANY, NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, NATIONWIDE LIFE AND ANNUITY INSURANCE COMPANY, NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY, NATIONWIDE LIFE INSURANCE COMPANY | : |
| Defendants. | : |
| | : March 19, 2007 |

## *ASSENTED-TO* MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS

Defendants hereby respectfully requests, with Plaintiffs' assent, an extension of time of two weeks (14 days) to file dispositive motions in the above-captioned matter, through and including April 11, 2007. In support of this motion, Defendants state the following:

1. Pursuant to this Court's December 27, 2006 order, dispositive motions are due to be filed on March 28, 2007.

2. On March 8, 2007, the parties completed discovery.

3. The complaint contains twelve (12) separate causes of action arising under common law, federal and state statutory theories of recovery, concerning events that allegedly transpired over nearly a decade.

4. Defendants' counsel requests this extension of time in order to more fully prepare the factual record and legal analysis, succinctly, concerning dispositive motions. In the

interest of justice, the Court will benefit from a concise yet thorough presentation of the facts and law relevant to the dispositive motions. A brief two week extension will allow Defendants' counsel sufficient time to distill the facts and law for the parties' and Court's benefit.

      5. This is Defendants' second unilateral request for an extension of time in this matter.

      6. Counsel for Plaintiffs, consents to the extension until April 11, 2007.

CTDOCS/1685271.1

WHEREFORE, Nationwide respectfully requests that its motion for extension of time to file dispositive motions be granted.

DEFENDANTS
NATIONWIDE FEDERAL CREDIT UNION,
NATIONWIDE MUTUAL INSURANCE
COMPANY, NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY, NATIONWIDE
LIFE AND ANNUITY INSURANCE
COMPANY, NATIONWIDE PROPERTY AND
CASUALTY INSURANCE COMPANY, and
NATIONWIDE LIFE INSURANCE
COMPANY

Deborah S. Freeman [ct 05257]
Michael D. Blanchard [ct 25891]
**BINGHAM MCCUTCHEN LLP**
One State Street
Hartford, CT 06103-3178
Phone (860) 240-2700
Fax  (860) 240-2800
deborah.freeman@bingham.com
michael.blanchard@bingham.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2007, a copy of the foregoing Motion was sent via the court's electronic notification system or by first-class mail, postage pre-paid, to all counsel of record:

Richard P. Weinstein, Esq.
Weinstein & Wisser, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107

_____
Michael D. Blanchard