UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD P. MORIN, SR., ET AL., | : | CIVIL ACTION NO. |
|     Plaintiffs, | : | |
| | : | 3:03 CV 277 (CFD) |
| v. | : | |
| | : | |
| NATIONWIDE FEDERAL CREDIT UNION, | : | |
| ET AL., | : | |
|     Defendants. | : | APRIL 11, 2007 |

**DEFENDANTS' MOTION TO AMEND ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM**

Pursuant to Fed. R. Civ. P. 15(a), Defendants Nationwide Federal Credit Union, et al., hereby respectfully move for leave to amend their Answer and Affirmative Defenses and Counterclaim ("Answer"), dated November 15, 2004, in order to assert additional affirmative defenses. In support of this Motion to Amend, Defendants state as follows:

1.      Defendants seek leave to amend their Answer in order to assert the additional affirmative defense that certain of Plaintiffs' claims are barred by federal statutory limitations periods.

2.      Defendants further seek leave to amend their Answer in order to assert the additional affirmative defense that Plaintiffs' state law claims are expressly preempted by federal law, including, *inter alia*, 15 U.S.C. § 1681t(b)(1)(F) and 15 U.S.C. § 1681h(e).

3. Justice requires the granting of this Motion and Plaintiffs will not be prejudiced by the inclusion of these additional affirmative defenses prior to briefing and argument on summary judgment.

4. In further support of this Motion, Defendants submit a Memorandum of Law herewith.

WHEREFORE, Defendants respectfully request that the Court grant its Motion to Amend and order that Defendants' [Proposed] Amended Answer, Affirmative Defenses and Counterclaim, attached hereto as <u>Exhibit A</u>, be deemed filed as of the date of such Order.

**DEFENDANTS NATIONWIDE FEDERAL CREDIT UNION, ET AL**

By: /s/ Michael D. Blanchard
    Deborah S. Freeman (ct05257)
    Michael D. Blanchard (ct25891)
    BINGHAM McCUTCHEN LLP
    One State Street
    Hartford, CT  06103-3178
    (860) 240-2700
    (860) 240-2818 (fax)
    Their Attorneys
    deborah.freeman@bingham.com
    michael.blanchard@bingham.com

**CERTIFICATION**

I hereby certify that on this 11th day of April, 2007, a copy of the foregoing was sent via the Court's electronic notification system or by first class U.S. mail to:

Richard P. Weinstein, Esq.
Nathan A. Schatz, Esq.
Weinstein & Wisser, P.C.
29 South Main Street, Ste. 207
West Hartford, CT 06107
*Counsel for Plaintiff*

                                  /s/ Michael D. Blanchard
                                    Michael D. Blanchard