UNITED STATES DISTICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD P. MORIN, SR., ET AL.<br>　　Plaintiffs,<br>v.<br><br>NATIONWIDE FEDERAL CREDIT UNION,<br>COMPANY, ET AL.<br>　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br><br>3:03 CV 277 (CFD)<br><br><br><br>April 11, 2007 |

**AFFIDAVIT OF MICHAEL D. BLANCHARD IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Michael D. Blanchard, being duly sworn upon his oath, does depose and state the following:

1.  I am over 18 years of age and understand the meaning of an oath.

2.  I am Counsel at Bingham McCutchen LLP in its Hartford Office located at One State Street, Hartford, CT 06103 and represent the Defendants in the above-captioned matter.

3.  A true and complete copy of the Ronald P. Morin, Sr. Agent's Agreement dated May 1, 1991 is attached hereto as Exhibit 1.

4.  A true and complete copy of a letter of resignation dated February 6, 2000 from Ronald P. Morin, Sr. to Nationwide Insurance is attached hereto as Exhibit 2.

5.  A true and complete copy of Ronald Morin, Sr. May 25, 2005 Deposition Transcript is attached hereto as Exhibit 3.

6.      A true and complete copy of Plaintiffs' Responses to Defendants' Motion to Compel Set of Interrogatory Responses and Production of Documents dated August 16, 2005 is attached hereto as Exhibit 4.

7.      A true and complete copy of a letter from Nationwide to Ronald Morin, Sr. regarding Notice of Cancellation of Agent's Agreement is attached hereto as Exhibit 5.

8.      A true and complete copy of a payment record dated October 17, 2000 from Nationwide in the amount of $31,578.99 is attached hereto as Exhibit 6.

9.      A true and complete copy of Defendants' Responses to Plaintiffs' Interrogatories and Requests for Production dated December 20, 2004 is attached hereto as Exhibit 7.

10.     A true and complete copy of excerpts from a credit report dated March 2002 from Experian to Denise Morin is attached hereto as Exhibit 8.

11.     A true and complete copy of excerpts from a credit report of Denis Morin dated July, 2003 is attached hereto as Exhibit 9.

12.     A true and complete copy of the summons, complaint cover page, and proof of service in connection with Plaintiffs' original action against Defendants filed in the Connecticut Superior Court is attached hereto as Exhibit 10.

Dated at Hartford, Connecticut this 11th day of April, 2007.

_____
Michael D. Blanchard

Sworn to and subscribed before me
this 11th day of April, 2007

_____
Notary Public
My Commission expires:

**THERESA L. CURRAN**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JAN. 31, 2010

## CERTIFICATION

I hereby certify that on this 11th day of April, 2007, a copy of the foregoing was sent via the Court's electronic notification system or by first class U.S. mail to:

Richard P. Weinstein, Esq.
Nathan A. Schatz, Esq.
Weinstein & Wisser, P.C.
29 South Main Street, Ste. 207
West Hartford, CT 06107
*Counsel for Plaintiff*

Michael D. Blanchard