**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RONALD P. MORIN, SR., ET AL., | : | CIVIL ACTION NO. |
|     Plaintiffs, | : | |
| | : | 3:03 CV 277 (CFD) |
| v. | : | |
| | : | |
| NATIONWIDE FEDERAL CREDIT UNION, | : | |
| ET AL. | : | |
|     Defendants. | : | April 11, 2007 |

**NOTICE OF MANUAL FILING**

Please take notice that Defendants Nationwide Federal Credit Union, et al. has manually filed the following document:

Exhibits 1 - 10 to the Affidavit of Michael D. Blanchard.

This document has not been filed electronically because:

[ ]    the document or thing cannot be converted to an electronic format
[X]    the electronic file size of the document exceeds 1.5 megabytes
[ ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]    Defendant is excused from filing this document by Court order.

The document has been manually served on all parties.

CTDOCS/1687105.1

Respectfully submitted,

**THE DEFENDANTS,
NATIONWIDE FEDERAL CREDIT UNION, ET AL**

By: /s/ Michael D. Blanchard
    Deborah S. Freeman (ct05257)
    Michael D. Blanchard (ct25891)
    BINGHAM McCUTCHEN LLP
    One State Street
    Hartford, CT  06103-3178
    (860) 240-2700
    (860) 240-2818 (fax)
    Their Attorneys
    deborah.freeman@bingham.com
    michael.blanchard@bingham.com

## CERTIFICATION

I hereby certify that on this 11th day of April, 2007, a copy of the foregoing was sent via first class U.S. mail to:

Richard P. Weinstein, Esq.
Nathan A. Schatz, Esq.
Weinstein & Wisser, P.C.
29 South Main Street, Ste. 207
West Hartford, CT 06107
*Counsel for Plaintiff*

        /s/ Michael D. Blanchard
        Michael D. Blanchard