UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONALD P. MORIN, SR., ET AL, | : CIVIL ACTION NO.<br>: 3:03CV277 (CFD) |
| Plaintiffs, | : |
| VS. | : |
| NATIONWIDE FEDERAL CREDIT UNION, ET AL, | : APRIL 23, 2007 |
| Defendants. | : |

**MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of this Court, the plaintiffs in the above-entitled matter hereby move the Court for a 30-day extension of time to respond to the defendants' Motion for Summary Judgment filed on April 11, 2007. The plaintiffs' response to that motion is presently due on May 2, 2007, and the requested extension would permit the plaintiffs to file their opposition to the motion for summary judgment on or before June 1, 2007. Counsel for the defendants has indicated that he has no objection to the granting of this motion for an extension of time.

The reasons for the requested extension of time are twofold. First, the motion raises a great number of complex factual and legal issues pertaining to the plaintiffs'

twelve count complaint. Therefore, it will take additional time to prepare and present a proper and complete response to the motion. Second, the undersigned and the attorney within the office of plaintiffs' counsel who is primarily responsible for assisting with the response to the motion for summary judgment have other professional obligations that have occupied a substantial portion of their time during the month of April and will continue to occupy their time during the coming weeks. For this additional reason, then, it appears that the requested additional time will be necessary to enable counsel to fully prepare a response to the motion for summary judgment.

This is the first such motion for extension of time that has been filed in regard to the plaintiffs' response to the pending motion for summary judgment.

WHEREFORE, the plaintiffs respectfully request that this Motion for Extension of Time be granted and that the time to respond to the defendants' Motion for Summary Judgment be extended to June 1, 2007.

PLAINTIFFS,

By  /s/ Richard P. Weinstein
Richard P. Weinstein, Esquire of
WEINSTEIN & WISSER, P.C.
29 South Main Street, Suite 207
West Hartford, CT  06107
Telephone No. (860) 561-2628
Facsimile No. (860) 521-6150
Federal Bar No. ct06215
rpw1@dtg.net

## CERTIFICATION

     I hereby certify that on this 23rd day of April, 2007, a copy of the foregoing was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Michael D. Blanchard, Esquire
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178

                                                  /s/ Richard P. Weinstein
                                                  Richard P. Weinstein

WCLIENTS\MORIN RON SR\MOTION EXT TIME SJ