# EXHIBIT B

CTDOCS/1594690.1

CLOSED

# U.S. District Court
## United States District Court for the Southern District of New York (White Plains)
### CIVIL DOCKET FOR CASE #: 7:99-cv-09588-CM-LMS

| | |
|---|---|
| Saks v. Franklin Covey Co., et al | Date Filed: 09/09/1999 |
| Assigned to: Judge Colleen McMahon | Date Terminated: 07/22/2003 |
| Referred to: Magistrate Judge Lisa Margaret Smith | Jury Demand: Plaintiff |
| Demand: $0 | Nature of Suit: 442 Civil Rights: Jobs |
| Cause: 28:1343 Violation of Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

**Rochelle Saks**                           represented by  **Darnley Dickenson Stewart**
Bernstein Litowitz Berger & Grossman LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 554-1400
*LEAD ATTORNEY*

V.

**Defendant**

**Franklin Covey Co.**                      represented by  **Alan C. Bradshaw**
Manning Curtis Bradshaw & Bednar LLC
3rd Floor Newhouse Bldg.
10 Exchange Place
Salk Lake City, UT 84111
(801) 363-5678
*LEAD ATTORNEY*

**Alesia Judith Kantor**
Epstein, Becker & Green, P.C. (New York)
250 Park Avenue
New York, NY 10177
(212) 351-4842
Fax: (212) 878-8742
Email: akantor@ebglaw.com
*LEAD ATTORNEY*

**Amy J Beech**
Epstein, Becker & Green
250 Park aVe.
NY, NY 10177
351-4500

*TERMINATED: 06/20/2003*
*LEAD ATTORNEY*

**Steven C. Bednar**
Manning Curtis Bradshaw & Bednar LLC
Third Floor Newhouse Building
10 Exchange Place
Salt Lake City, UT 84111
(801) 363-5678
*LEAD ATTORNEY*

**Defendant**

**Franklin Covey Client Sales, Inc.**   represented by   **Alesia Judith Kantor**
(See above for address)
*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/09/1999 | 1 | COMPLAINT filed; Summons issued and Notice pursuant to 28 U.S.C. 636(c);Filing Fee $150.00 Paid; Receipt #354063 (pmo) (Entered: 09/10/1999) |
| 09/09/1999 |  | Magistrate Judge Smith is so Designated. (pmo) (Entered: 09/10/1999) |
| 09/21/1999 | 2 | ORDER RE SCHEDULING AND INITIAL PRETRIAL CONFERENCE. See doc for details) .... Counsel recv'ing this to mail copies to all other counsel of record.... Counsel for all parties are directed to confer re an agreed scheduling order. If counsel are able to agree on a schedule and the agreed schedule calls for filing of the pretrial order not more than 6 mnths from the date of this order, counsel shall sign and file w/in 45 days from the date hereof a consent order in the form annexed for consideration by the Court... If such a consent order is not filed w/in the time provided, a conf. will be held on 11/12/99 at 10:30am... ( signed by Judge Colleen McMahon ); Copies mailed. (ds) (Entered: 09/23/1999) |
| 10/08/1999 | 3 | WAIVER OF SERVICE Returned Executed as to Franklin Covey Co. mailed on 9/23/99 Answer due on 11/22/99 for Franklin Covey Co. signed by Steven Bedner (ds) (Entered: 10/12/1999) |
| 10/18/1999 | 4 | ANSWER to Complaint by Franklin Covey Co. (Attorney Amy J Beech from the Firm: Epstein Becker & GreenP.C.) . (pf) (Entered: 10/20/1999) |
| 10/18/1999 | 5 | RULE 1.9 CERTIFICATE filed by Franklin Covey Co. . (pf) (Entered: 10/20/1999) |
| 10/22/1999 | 6 | NOTICE OF MOTION by Franklin Covey Co. for Alan C. Bradshaw to appear pro hac vice , no Return date (ds) (Entered: 10/22/1999) |
| 10/22/1999 | 7 | ORDER granting [6-1] motion for Alan C. Bradshaw to appear pro hac vice . ( signed by Judge Colleen McMahon ); Copies mailed. ***$50 fee paid. receipt pd 343266. (ds) (Entered: 10/22/1999) |

| | | |
|---|---|---|
| 11/04/1999 | 8 | SCHEDULING ORDER: additional parties and amended pleadings by 1/15/99; discovery by 2/29/99; joint pretrial order by 3/21/99 w/in limine motions; responses to inlimine motions 4/21/99; .So ordered: ( signed by Judge Colleen McMahon ); Copies mailed. (ds) (Entered: 11/04/1999) |
| 12/08/1999 | 9 | Memo-Endorsement on letter addressed to Judge McMahon from Leah Guggenheimer, dated 12/6/99. Re:due to our error the dates on the scheduling order in paragraphs 1-3 and 5 use the year 1999 when the correct year should be 2000. ENDORSEMENT: They are deemed amended. ( signed by Judge Colleen McMahon ); Copies mailed. (ds) (Entered: 12/08/1999) |
| 01/24/2000 | 11 | NOTICE OF MOTION by Rochelle Saks for substitution of corrected pleadings . no Return date (ds) (Entered: 01/27/2000) |
| 01/27/2000 | 10 | AMENDED COMPLAINT by Rochelle Saks (Answer due 2/9/00 for Franklin Covey Co. ) amending [1-1] complaint against Franklin Covey Clien; Summons issued. (ec) (Entered: 01/27/2000) |
| 02/03/2000 | 12 | WAIVER OF SERVICE Returned Executed as to Franklin Covey Clien mailed on 1/19/00 Answer due on 3/20/00 for Franklin Covey Clien (ds) (Entered: 02/03/2000) |
| 02/03/2000 | 13 | AMENDED ANSWER to Complaint by Franklin Covey Co., Franklin Covey Clien : amends [4-1] answer (ds) (Entered: 02/04/2000) |
| 02/10/2000 | | Pretrial Conference held before Magistrate Judge Lisa M. Smith . (pf) (Entered: 02/17/2000) |
| 03/06/2000 | 14 | Protective ORDER (see document for details) ( signed by Judge Colleen McMahon ); Copies mailed. (ec) (Entered: 03/07/2000) |
| 03/06/2000 | 15 | STIPULATION and ORDER and Joint motion for every of protective order. (see docket for details) ( signed by Judge Colleen McMahon ) (ec) (Entered: 03/07/2000) |
| 03/16/2000 | 16 | ORDER...pursuant to this Court's order on 2/10/2000, 14 subpoenas have been issued seeking medical and mental health records of the pltf and her husband. 12 sets of medical records have been reviewed by the undersigned. The subpoenas which have not been responded to are those directed to the records custodians, New York/Presbyterian Hospital/Cornell Medical Center located in NY, and Dr. Zev Rosenwaks of the dept of OB-GYN in NY. Defts may take whatever steps are appropriate to enforce those subpoenas.(see document for completed details). (signed by Magistrate Judge Lisa M. Smith); Copies mailed. (ec) (Entered: 03/16/2000) |
| 03/17/2000 | 17 | Memo-Endorsement on letter addressed to Judge McMahon from Leah Guggenheimer, dated 3/15/00. Re:request extension of time to file the joint pretrial order and motions in limine . ENDORSEMENT: Application Granted. ( signed by Judge Colleen McMahon ); Copies mailed. (ds) (Entered: 03/17/2000) |
| 03/21/2000 | 18 | Fld:ONE SEALED DOCUMENT placed in vault-Log#4774. (Defts' |

| | | |
|---|---|---|
| | | motion for summary judgment and memo in support of motion) (ec) (Entered: 03/21/2000) |
| 03/22/2000 | 19 | Fld:ONE SEALED DOCUMENT placed in vault-Log#4781. (plaintiff's notice of motion for partial summary judgment. Memorandum of Law in support of pltf's motion for partial sum jgm. Pltf's concise statement of the undisputed material facts. Documentary and testimonial evidence in support of pltfs. (ec) (Entered: 03/23/2000) |
| 03/22/2000 | 20 | NOTICE OF MOTION by Rochelle Saks to file documents under seal No Return date (ec) (Entered: 03/23/2000) |
| 03/27/2000 | 21 | ORDER granting [20-1] motion to file documents under seal .... the following 4 documents shall be filed under seal: plntf's motion for partial summary judgment; Memo of law in support; plntf's statement of undisputed facts (attached to the motion); and documentary and testimonial evidence in support of motion(attached to motion). So ordered; ( signed by Judge Colleen McMahon ); Copies mailed. (ds) (Entered: 03/27/2000) |
| 03/30/2000 | 22 | Memo-Endorsement on letter addressed to Judge McMahon from Leah Guggenheimer, dated 3/30/00. Re:plntf requests that each side file a single opposing memo of law. ENDORSEMENT: Don't worry about your opponent - file what you like. I'd rather read one brief than 2. ( signed by Judge Colleen McMahon ); Copies mailed. (ds) (Entered: 03/31/2000) |
| 04/06/2000 | 23 | Memo-Endorsement on letter addressed to Judge McMahon from Leah Guggenheimer, dated 4/5/00. Re:request extension of 2 days to file opposition briefs. ENDORSEMENT: OK. ( signed by Judge Colleen McMahon ); Copies mailed. (ds) (Entered: 04/07/2000) |
| 04/07/2000 | 24 | SEALED DOCUMENT placed in vault. Log #4810. Re: Dft's pretrial memorandum (ds) (Entered: 04/07/2000) |
| 04/07/2000 | 25 | SEALED DOCUMENT placed in vault. Log #4811. Re: Joint pretrial order and Plntf's pretrial memorandum (ds) (Entered: 04/07/2000) |
| 04/07/2000 | 26 | NOTICE OF MOTION by Rochelle Saks in limine . no Return date. (ds) (Entered: 04/07/2000) |
| 04/11/2000 | 27 | NOTICE OF MOTION by Rochelle Saks to file under seal the joint pretrial order and plntf's pretrial memorandum . no Return date (ds) (Entered: 04/11/2000) |
| 04/11/2000 | | Memo endorsed on motion; granting [27-1] motion to file under seal the joint pretrial order and plntf's pretrial memorandum . ( signed by Judge Colleen McMahon ); Copies mailed. (ds) (Entered: 04/11/2000) |
| 04/11/2000 | 28 | Request to charge by Rochelle Saks (ds) (Entered: 04/11/2000) |
| 04/11/2000 | 29 | Proposed Voir Dire Questions by Rochelle Saks (ds) (Entered: 04/11/2000) |
| | | |

| | | |
|---|---|---|
| 04/11/2000 | 30 | Proposed Supplemental Voir Dire Questions by Rochelle Saks (ds) (Entered: 04/11/2000) |
| 04/11/2000 | 31 | Dfts' Jury instructions (ds) (Entered: 04/11/2000) |
| 04/11/2000 | 32 | ORDER granting [27-1] motion to file under seal the joint pretrial order and plntf's pretrial memorandum . ( signed by Judge Colleen McMahon ); Copies mailed. (ds) (Entered: 04/12/2000) |
| 04/12/2000 | 33 | SEALED DOCUMENT placed in vault. Log #4816. Re: plntf's memo of law in opposition to dfts' motion for summary judgment. (ds) (Entered: 04/12/2000) |
| 04/14/2000 | 34 | Fld:ONE SEALED DOCUMENT placed in vault-Log#4818. (Deft's memo in opposition to pltf's motionf or partial summary judgment). (ec) (Entered: 04/14/2000) |
| 04/21/2000 | 35 | Objection(s) by Franklin Covey Co., Franklin Covey Clien to [30-1] voir dire jury, [29-1] voir dire jury, [28-1] charge . (ds) (Entered: 04/24/2000) |
| 04/21/2000 | 36 | REPLY MEMORANDUM by Rochelle Saks in support re: [19-1] document(s) (ds) (Entered: 04/24/2000) |
| 04/27/2000 | 37 | SEALED DOCUMENT placed in vault. Log #4833. re: dfts reply memorandum in support of dfts motion for summary judgment. (ds) (Entered: 05/01/2000) |
| 05/05/2000 | 38 | MEMORANDUM OF LAW by Franklin Covey Co., Franklin Covey Clien in opposition to [26-1] motion in limine (pf) (Entered: 05/05/2000) |
| 05/17/2000 | 39 | REPLY MEMORANDUM OF LAW IN SUPPORT by Rochelle Saks re: [26-1] motion in limine (pf) (Entered: 05/17/2000) |
| 10/04/2000 | 40 | UNSEALED 10/06/00 SEALED DOCUMENT placed in vault. Log #4959. Re: Memorandum Ddecision and Order Granting Dfts' Motion for Summary Judgment and Denying Plntff's Cross Motion for Summary Jgmnt...Conclusion: The Clerk is to enter judgment in favor of dfts, dismissing the complaint, with costs on the motion to dfts. This constitutes the decision and order of the Court. SO ordered, McMahnon, J. (pf) Modified on 10/11/2000 (Entered: 10/04/2000) |
| 10/04/2000 | 41 | JUDGMENT, for Franklin Covey Co., Franklin Covey Clien against Rochelle Saks ... it is hereby Ordered, Adjudged, and Decreed that the complaint be and it is hereby dismissed with costs as to all dfts. So Ordered: ( signed by Judge Colleen McMahon ); Mailed copies and notice of right to appeal. Entered On Docket: 10/4/00. (pf) (Entered: 10/04/2000) |
| 10/04/2000 | | Case closed. (pf) (Entered: 10/04/2000) |
| 10/06/2000 | 42 | ORDER Memorandum Decision and Order granting Defendants' motion for Summary Judgment and Denying Plaintiff's cross motion for Summary judgment. UNSEALED page 7 replaced per Fidelis note. (see docket # 40 sealed document no unsealed) So Ordered: . ( signed by |

| | | |
|---|---|---|
| | | Judge Colleen McMahon ); Copies mailed. (ll) (Entered: 10/11/2000) |
| 10/25/2000 | 43 | Filed Request to Tax Costs to be heard on Oct. 31, 2000 at 9:30 am (ll) (Entered: 10/30/2000) |
| 11/02/2000 | 44 | NOTICE OF APPEAL by Rochelle Saks ; from [41-1] judgment order . Copies of notice of appeal mailed to Attorney(s) of Record: Darnley Dickenson Stewart . Appeal record due on 12/4/00 (fk) (Entered: 11/03/2000) |
| 04/04/2001 | | Notice that the index to the record on appeal has been certified and transmitted to the U.S. Court of Appeals: [44-1] appeal by Rochelle Saks on this date. (lp) (Entered: 04/04/2001) |
| 02/19/2003 | 45 | MANDATE OF USCA (certified copy) Re: AFFIRM in part & REMANDED in part in accordance with the opinion of this Court. Costs shall be born by each party. [44-1] appeal by Rochelle Saks (ll) (Entered: 02/19/2003) |
| 02/19/2003 | | Case reopened. (ll) (Entered: 02/19/2003) |
| 02/20/2003 | 46 | SCHEDULING ORDER: The mandate of the United States Court of Appeals for the Second Circuit having issued and having been filed in this Court on 02/19/03, the parties are directed to appear for a pre-trial conference on March 7, 2003 at 2:00 pm. ( signed by Judge Colleen McMahon ); Chamber's Faxed Copies. (dc) (Entered: 02/20/2003) |
| 03/04/2003 | 47 | Memorandum to Docket Clerk: 3/4/03-Telephone conference, parties present. Decision: Plntff's motion to amend due 4/4/03; Dft's response to motion due 5/9/03; Plntff's reply due 5/23/03; Submitted by USDJ Colleen McMahon (pf) (Entered: 03/12/2003) |
| 03/04/2003 | | Telephone Conference held before Judge Colleen McMahon . (pf) (Entered: 03/12/2003) |
| 04/09/2003 | 48 | NOTICE OF MOTION by Rochelle Saks to extend time to file her Memorandum of Law In Opposition to Defendant's Untimely Assertion.. . Return Date 5/8/03 at 9:30. (sv) (Entered: 04/09/2003) |
| 04/09/2003 | 49 | MEMORANDUM OF LAW by Rochelle Saks in opposition to [48-1] motion to extend time to file her Memorandum of Law In Opposition to Defendant's Untimely Assertion.. . (sv) (Entered: 04/10/2003) |
| 04/09/2003 | | Memo endorsed on motion; granting [48-1] motion to extend time to file her Memorandum of Law In Opposition to Defendant's Untimely Assertion.. ENDORSED; GRANTED . ( signed by Judge Colleen McMahon ); clk/m/cpys (sv) (Entered: 04/10/2003) |
| 05/12/2003 | 50 | MEMORANDUM OF LAW by Franklin Covey Co., Franklin Covey Clien in support of [48-1] motion to extend time to file her Memorandum of Law In Opposition to Defendant's Untimely Assertion.. (dcr) (Entered: 05/16/2003) |
| 05/28/2003 | 51 | NOTICE OF MOTION by Rochelle Saks to extend time . No Return |

| | | |
|---|---|---|
| | | Date. (sv) (Entered: 05/28/2003) |
| 05/28/2003 | 52 | REPLY MEMORANDUM by Rochelle Saks re: in opposition to dismissal of here state law contract claim, or, in the alternative, in further support of her motion to amend the complaint . (sv) (Entered: 05/29/2003) |
| 05/30/2003 | | Memo endorsed on motion; granting [51-1] motion to extend time ... ENDORSEMENT: Motion Granted, accept for filing. So Ordered: ( signed by Judge Colleen McMahon ); Copies mailed by Clerk's Office (pf) (Entered: 06/02/2003) |
| 06/05/2003 | 53 | Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Any and All Discovery Disputes. Referred to Magistrate Judge Lisa M. Smith . ( signed by Judge Colleen McMahon ) clk/m/cpys. (sv) (Entered: 06/05/2003) |
| 06/05/2003 | 54 | MEMORANDUM DECISION AND ORDER: Having considered the submissions of the parties, I construe deft's assertiion of an ERISA preemption defense as a Motion for leave to amend the answer, I grant that Motion, and I grant Plaintiff fifteen days from the date of this Order within which to serve an Amended Complaint asserting a claim under ERISA. ...( signed by Judge Colleen McMahon ); Clerk's Office Mailed Copies. (dcr) (Entered: 06/10/2003) |
| 06/19/2003 | 55 | Memo-Endorsement on letter addressed to Judge McMahon from Darnley D. Stewart, dated June 18, 2003. Re: request that the Court grant their request for this breif adjournment and adopt the schedule set forth herein. ENDORSED: Granted. SO Ordered( signed by Judge Colleen McMahon ); clk/m/cpys. (sv) (Entered: 06/23/2003) |
| 06/20/2003 | 56 | Letter filed by Franklin Covey Co., Franklin Covey Clien addressed to Judge Smith from Alesia J. Kantor, dated 06/12/03, re: New Counsel. (dcr) (Entered: 06/25/2003) |
| 07/07/2003 | 57 | SECOND AMENDED COMPLAINT by Rochelle Saks (Answer due 7/17/03 for Franklin Covey Clien, for Franklin Covey Co. ) amending [1-1] complaint . No Summons issued. (pf) (Entered: 07/07/2003) |
| 07/14/2003 | 58 | NOTICE of Offer of Judgment pursuant to Rule 68 of FRCP by Franklin Covey Co., Franklin Covey Clien . (ll) (Entered: 07/14/2003) |
| 07/14/2003 | 59 | JUDGMENT # 03,0250wp for Rochelle Saks against Franklin Covey Co. . ...IN THE AMOUNT OF $9,390.56, PLUS REASONABLE ATTORNEYS FEES AND COSTS,...,PLUS PRE-JUDGMENT INTEREST AS ALLOWED BY STATUTE... Mailed copies and notice of right to appeal. Entered On Docket: 7/22/03. (bls) (Entered: 07/22/2003) |
| 07/22/2003 | | Case closed. (bls) (Entered: 07/22/2003) |
| 07/25/2003 | 60 | NOTICE OF MOTION by Rochelle Saks deft. has requested Plaintiff to provide an itemized statement of fees.... . (jma) (Entered: 08/01/2003) |
| | | |

| 07/25/2003 | | Memo endorsed on motion; granting [60-1] motion deft. has requested Plaintiff to provide an itemized statement of fees....ENDORSED, Deemed letter motion. Motion granted. ( signed by Magistrate Judge Lisa M. Smith ); copies mailed by clerks office. (jma) (Entered: 08/01/2003) |
|---|---|---|
| 09/22/2003 | 61 | SATISFACTION OF PARTIAL JUDGMENT Re: [59-1] judgment order in the amount of $9,390.56; Judgment partially satisfed on 09/22/03. (mov) (Entered: 09/22/2003) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/09/2007 13:11:21 | | | |
| PACER Login: | bd0037 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 7:99-cv-09588-CM-LMS |
| Billable Pages: | 5 | Cost: | 0.40 |