# EXHIBIT  D



**Nationwide**
Federal Credit Union

March 30, 2001

Ronald P. Morin
PO Box 828
South Windsor, CT  06074

Re:    Account 90711900-6

Dear Mr. Morin,

I would like to address your letter of February 27, regarding the delay the credit union experienced in pulling your loan payments for loan #1 and loan #5.

On February 16, 2001 NFCU sent you a letter because we did not pull your loan payments as scheduled from Savings Bank of Rockville in January and early February. Unfortunately, you were not the only member affected by this error.  In our efforts to try to notify members as quickly as possible, the February 16th letter was sent to the affected members.

Your loans were credited as scheduled at the credit union.  The funds due the credit union for the January and February payments were pulled on February 21.

The delay occurred due to the Federal Reserve holiday of January 15 and our system's inability, at that time, to properly account for payments with a holiday due date.  We have since taken steps to prevent such errors from occurring in the future.

Again, I would like to apologize for this delay in pulling the funds from your account at Savings Bank of Rockville.  If you have any questions, please feel free to contact me 614 249-5482.

Sincerely,

Regina M. Lewie
Chief Financial Officer

APR - 5 2001

Cc: NCUA

Accounts insured to $100,000 by the National Credit Union Administration, a U.S. government agency.

# EXHIBIT  E

Nationwide Federal Credit Union                              April 2, 2001
P O Box 182794
Columbus, Ohio  43218-2794

Re: Your Past Due Notice of 3/26/01
    Acct. 907119006 sub 5          Via Certified Mail: # 2 024 133 098

Attn: Customer Service Mgr.

Attach is a copy of a barely legible notice of past due on the above account mailed on March 28, 2001 and received April 2, 2001. Please be advised that the payments for this account are remitted by electronic funds transfer and has been that way for a considerable amount of time. The funds are in, and have been in the account and if the past is any example of the present then it is the NFCU that has again failed to process the EFT transaction.

Further, my bank has not notified me of any failed EFT transaction, which is required on their part. The account balance clearly shows that NFCU has again failed to conduct the EFT transaction for reasons that I shall consider of deep concern.

I would appreciate a letter advising as to what has occurred with the EFT payment and or funds on this account.

                                        Sincerely,

                                        R. Morin Sr.

                                        Ronald P. Morin, Sr.
                                        P O Box 828
                                        South Windsor, CT  06074
                                        Tel: 860-644-3800

Cc: File
Attachment: Past Due Notice

**N/W RM 00073**



# EXHIBIT  F



**Nationwide**
Federal Credit Union

One Nationwide Plaza Columbus, Ohio 43215-2220
614-249-6226                    Fax 614-249-5366

April 18, 2001


Ronald P. Morin, Sr.
P O Box 828
South Windsor, Ct. 06074


Member #907119006

Dear Mr. Morin,

We received your letter of April 2, 2001.  The sub 5 loan is showing the next due date of April 30, 2001.  We are sorry for any inconvenience this has caused you.


Should you have any questions, please contact me at 677-8578 or toll free at #1-800-336-7219 ext. #78578.

Sincerely,

Vicki Lett
Collection Coordinator


**N/W RM 00072**

Accounts insured to $100,000 by the National Credit Union Administration, a U.S. Government Agency.

# EXHIBIT  G

**O SALES!**
AUCTION
161 S. MAIN
OR, CT 06088
S EXCHANGE • AUCTION EVERY WEDNESDAY   061801

SELLER

985398

NWC
NATIONWIDE FEDERAL CREDIT
1 NATIONWIDE PLAZA

COLUMBUS, OH 43216

DATE: 6|11

## ODOMETER DISCLOSURE STATEMENT   580.5, 580.9

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, _Roalli_ _____ state that the odometer
PRINT TRANSFEROR'S NAME (SELLER)

now reads   39,129   _____ (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
WARNING - ODOMETER DISCREPANCY.

X _Roalli_
TRANSFEROR'S SIGNATURE (SELLER)

| | Make | | Model | | | Color | | Year |
|---|---|---|---|---|---|---|---|---|
| 00 | DODGE-T | | DURANGO SLT | | | MAROON | | 00 |

| I. No | | | | | | | | | | | | | Style | Cyl. | Trans. | P. Steer | P. Brake | Ar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1B4HS28Z8YF 132280 | | | | | | | | | | | | | 4DR SUV | 8G | AT | X | X | X |
| | | | | | | | | | | | | | Vinyl Top | Stereo | Other 4X4 | | | |

☐ ORANGE LIGHT (TITLE ATTACHED)   ☑ GREEN LIGHT (OK)   ☑ BLUE LIGHT (LISTEN)   ☐ WHITE LIGHT (SALVAGE)   ☐ RED LIGHT (AS IS)

NDITION OF SALE
REPO

Time 300

SALE PRICE   $16900

$ _____

BUYER   338

161791 EXP 05/02
PATRICK CHRYSLER PLYMOUTH
393 EAST MAIN STREET

SOUTHBRIDGE, MA 01550
THOMAS A ROOT

PRINT BUYER'S NAME (TRANSFEREE)

BUYER'S SIGNATURE (Receipt of Copy)   2001
REBY CERTIFY THAT I RECEIVED A COPY OF THE ABOVE ODOMETER (MILEAGE) STATEMENT

| TITLE NO | TITLE STATE |
|---|---|
| 025193344 | CT |

NAME AND ADDRESS OF LAST TITLED OWNER   TRANSFERS

RONALD P MORIN   4 ups
711 SANDSTONE DRIVE
S WINDSOR   CT 06074

CASH

CK. NO.

### TERMS AND CONDITIONS
- THIS TRANSACTION IS SUBJECT TO THE TERMS AND CONDITIONS AS STATED ON THE FRONT AND REVERSE SIDES OF THIS DOCUMENT.
- ALL VEHICLES SOLD TO DEALERS FOR RESALE ONLY WITHOUT WARRANTY.
- SOUTHERN AUTO SALES, INC., ASSUMES NO RESPONSIBILITY FOR NOR GUARANTEES THE ACCURACY OF THE ODOMETER READING.
- SOUTHERN AUTO SALES, INC., ACCEPTS NO RESPONSIBILITY FOR THEFT, LIABILITY OR PROPERTY DAMAGE REGARDING THIS VEHICLE.
- NO RETAIL SALES.

Seller hereby transfers the motor vehicle described herein to the Buyer and Seller represents to said Buyer that said Seller is the true and lawful owner of the above described or vehicle, that he has good right and power to sell same and that said vehicle is free of all liens and encumbrances.

LE IS SOLELY A TRANSACTION BETWEEN BUYING AND SELLING DEALERS SUBJECT TO AGREEMENT ON REVERSE SIDE.   **SELLER'S COPY**

N/W RM 00968

# SOUTHERN AUTO SALES, INC.

ESTABLISHED 1947
P.O. BOX 388 – EAST WINDSOR, CT 06088
DEALERS EXCHANGE – AUCTION EVERY WEDNESDAY
PHONE 860-292-7500 FAX 860-292-7598

NO. 185235


Fleet Bank

51-57
119

SOUTHERN AUTO SALES, INC.
MUST BE COUNTERSIGNED IF AMOUNT EXCEEDS $15,000

Unit No: MORIN

| DATE | CHECK NO. | CHECK AMOUNT |
|---|---|---|
| 06/21/01 | 0185235 | 16598.00 |

***Sixteen Thousand Five Hundred Ninety Eight and 00/100 dollars***

PAY
TO THE
ORDER
OF
► NATIONWIDE FEDERAL CREDIT
1 NATIONWIDE PLAZA

COLUMBUS OH  43216

⑈185235⑈ ⑈011900571⑈ 874852 7⑈

PLEASE DETACH BEFORE DEPOSITING

| STOCK NO. | YOUR UNIT NO. | YR. | MAKE | MODEL |
|---|---|---|---|---|
| 31072NWC | MORIN | 2000 | DODGE-T | DURANGO |

B4HS28Z8YF 132280   Buyers Resale Tax#: 043-266-727   GROSS SELLING PRICE  16900.00

| DESCRIPTION | AMOUNT | CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| TOWING SUBLET | 75.00 | 126 | STORAGE-GENERAL SUBL | 82.00 |
| SELL FEE # 985398 | 30.00 | 55 | ADMIN FEE | 85.00 |
| C/U PARTIAL TRKS/VAN | 30.00 | | | |

TOTAL DEDUCTIONS 302.00

< DATE 06/21/01        CHECK NO. 185235

NET PROCEEDS 16598.00
SOUTHERN AUTO SALES, INC.
P.O. BOX 388

ANY NUMBER    NWC        NAME    NATIONWIDE FEDERAL CREDIT

EAST WINDSOR, CONNECTICUT 06088

PRINT BUYERS NAME (TRANSFEREE)

BUYER'S SIGNATURE (Receipt of Copy)
...TIFY THAT I RECEIVED A COPY OF THE ABOVE ODOMETER (MILEAGE) STATEMENT

...reby transfers the motor vehicle described herein to the Buyer and Seller represents to said Buyer that said Seller is the true and lawful owner of the above described ...that he has good right and power to sell same and that said vehicle is free of all liens and encumbrances.

SOLELY A TRANSACTION BETWEEN BUYING AND SELLING DEALERS SUBJECT TO AGREEMENT ON REVERSE SIDE

**TERMS AND CONDITIONS**
* THIS TRANSACTION IS SUBJECT TO THE TERMS AND CONDITIONS AS STATED ON THE FRONT AND REVERSE SIDES OF THIS DOCUMENT.
* ALL VEHICLES SOLD TO DEALERS FOR RESALE ONLY WITHOUT WARRANTY.
* SOUTHERN AUTO SALES, INC., ASSUMES NO RESPONSIBILITY FOR NOR GUARANTEES THE ACCURACY OF THE ODOMETER READING.
* SOUTHERN AUTO SALES, INC., ACCEPTS NO RESPONSIBILITY FOR THEFT, LIABILITY OR PROPERTY DAMAGE REGARDING THIS VEHICLE.
* NO RETAIL SALES.

SELLER'S COPY

N/W RM 00969

# EXHIBIT  H



**Nationwide**
Federal Credit Union

One Nationwide Plaza Columbus, Ohio 43215-2220
614-249-6226                    Fax 614-249-5366

*Sent Certified*
*& Regular*
*7/2*

07/02/2001

Ronald P Morin
497 Buckland Road
South Windsor, Ct   06074

Dear Ronald P Morin:

This letter is confirmation that Nationwide Federal Credit Union repossessed your **2000 Dodge Durango (VIN#132280)** on 5/15/01 due to non-payment on your loan.

To redeem your vehicle you must pay the following:

| | |
|---|---|
| Past due amount: | $ 1415.09 |
| Repossession fees: | $ 488.10 |
| Two months payment: | $ 711.34 |
| Partnership Plus : | $ 145153.80 |

Total:  $147768.33

You have **20 DAYS** to pay the total amount due. If you fail to pay we will be forced to sell your vehicle. If you have any questions please contact us.

Sincerely,

Karen J Crum
Asset Recovery
NFCU

cc:    Randall W. May, Esq.

**N/W RM 00966**

Accounts insured to $100,000 by the National Credit Union Administration, a U.S. Government Agency.

# EXHIBIT  I



**Nationwide**

Federal Credit Union

One Nationwide Plaza Columbus, Ohio 43215-2220
614-249-6226         Fax 614-249-5366

07/07/2001

Ronald P Morin
497 Buckland Road
South Windsor, Ct  06074.

Re: Amended Confirmation Letter

Dear Ronald P Morin:

This letter is confirmation that Nationwide Federal Credit Union repossessed your **2000 Dodge Durango (VIN#132280)** on 5/15/01 due to non-payment on your loan.  Please disregard the letter sent to you on July 2, 2001.

To redeem your vehicle you must pay the following:

| | |
|---|---|
| Past due amount: | $ 1415.09 |
| Repossession fees: | $ 488.10 |
| Two months payment: | $ 711.34 |

Total:  $2614.53

You have **20 DAYS** to pay the total amount due. If you fail to pay we will be forced to sell your vehicle. If you have any questions please contact us.

Sincerely,

Vicki Lett
Collection Coordinator
NFCU

cc:     Randall W. May, Esq.

**N/W RM 00970**

Accounts insured to $100,000 by the National Credit Union Administration, a U.S. Government Agency.

# EXHIBIT  J



Office of General Counsel

June 20, 2001

Mr. Ronald P. Morin, Sr.
497 Buckland Road
South Windsor, CT  06074

Re: Repossession

Dear Mr. Morin:

I am in-house legal counsel for Nationwide Federal Credit Union. I am writing this letter to you in response to your letters dated May 15, 2001, and May 30, 2001. All further correspondence with Nationwide Federal Credit Union should be made through me. You may continue to send forms and handle account activity through the Credit Union staff.

As you know, you have several account debts due and owing to NFCU. Several of those accounts are past due. The loan related to the automobile was one month past due on the date the automobile was repossessed. Your Partnership Plus Loan has been past due since November of last year. NFCU has consistently provided you with all documents and statements normally provided to members, including a monthly statement which would have clearly shown the automobile loan as being past due. NFCU currently declines your request to provide further copies of these or other documents. If you would like a specific document, please identify it for me, and I will consider your request. NFCU does not give notice prior to repossession, as the vehicle to be repossessed has a tendency to disappear.

NFCU has been attempting to work with you on this matter, but you have failed to bring your accounts current. NFCU's loan and account documents, and applicable state and federal law, clearly state what NFCU's rights are if you fail to make payments according to the terms of the loan. Also, NFCU's loan documents make it clear that all of your accounts are cross-collateralized and cross-defaulted. That means that if you default on one account, it is treated as a default on all your accounts, and any asset (including other NFCU accounts) which serve as collateral for one loan, will serve as collateral for all of your loans. Unless you promptly return all of your NFCU accounts to current status, the repossessed automobile will be sold at auction, the proceeds will be applied to your account(s), and NFCU may proceed against you to collect any deficiency.

**N/W RM 00404**

Nationwide Plaza
mbus, OH 43215-2220

Counsel to all Nationwide companies and their subsidiaries and affiliates.

A credit union like NFCU is a unique cooperative entity created by federal law. It is NOT owned by Nationwide; it is collectively owned by each and every credit union member. Any loss you cause or your failure to manage your membership prudently, causes a loss to all other members of NFCU. You should also be aware that NFCU has a policy which prevents any member who causes NFCU a loss from obtaining further services.

In conclusion, I strongly encourage you to bring all your NFCU accounts current and to continue to repay your loans according to the terms of the respective accounts, as failure to do so could result in further action being taken against you or in a negative credit report being issued. If you have further questions, you may contact me at the telephone number or address set forth below.

This letter is an attempt to collect a debt. Any information obtained will be used by NFCU to collect any outstanding indebtedness you owe to NFCU.

Very truly yours,

Randall W. May, Esq.
Senior Counsel

Tele:   614.249.7899
Mail:   One Nationwide Plaza, 1-34-06
        Columbus, Ohio  43215-2220


Cc:     Michael Weisenberger
        Kimberly Cain
        Warren Brose

N/W RM 00405

# EXHIBIT  K



Mr. Ronald P. Morin, Sr.
711 Sandstone Drive
South Windsor, CT  06074


Re: Account # 907119006


Dear Mr. Morin:

I am in-house legal counsel for Nationwide Federal Credit Union.  I am writing this letter to you in response to your letter dated December 2, 2000.

As you know, you have several account debts due and owing to NFCU, including the following:

| | |
|---|---|
| Partnership Plus | $133,902.54 |
| 2000 Dodge Durango | 27,600.07 |
| 1998 Ski Doo | 3,940.44 |

One of the accounts to which you refer in your letter is a Partnership Plus loan.  The Security Agreement for this loan give NFCU a security interest in all of your commissions, extended earnings, deferred compensation and incentive credits.  (See copy attached.)  In addition, you executed a Commission/Disbursement/Term Authorization Form in connection with the loan.  This form states in pertinent part and immediately above your signature:

> "I hereby authorize you to make deductions from my COMMISSIONS and <u>any other amounts due me as specified below</u>, and to transfer to NATIONWIDE FEDERAL CREDIT UNION <u>any and all payments for all outstanding loans due by me to the Credit Union</u> which are due now or hereafter, and deposit same to the account of NATIONWIDE FEDERAL CREDIT UNION.
>
> This authorization shall include all commissions and <u>any other compensation becoming due upon me</u>, or any time thereafter, and at the termination of my AGENT'S AGREEMENT, <u>such amounts due me shall be applied in their entirety to my indebtedness to NATIONWIDE FEDERAL CREDIT UNION</u>." (Emphasis added.  See attached copy.)

This document was provided by NFCU to Nationwide when your loan was closed, in order to provide Nationwide notice of NFCU's security interest.  From the language set

forth in the two documents, it is clear that your contingency bonus does constitute part of the collateral for the loan. When you left Nationwide, your contingency bonus was paid over to NFCU by Nationwide as you instructed in your Commission/Disbursement/Term Authorization Form, and NFCU applied the amounts to reduce the outstanding balance of the loan. In addition, Nationwide has inform NFCU that you have breached your Agency Agreement, which has resulted in your forfeiture of some of the collateral which served to secure the loan and which constituted a default under the loan documents. The disclosure by Nationwide to NFCU of this business-related information was a permitted disclosure under the Commission/Disbursement/Term Authorization Form. The default and the elimination of collateral for the loan by your actions further strengthens NFCU's right to the remaining contingency bonus funds serving as collateral.

As for your current status as an agent selling life insurance for Nationwide, such information is superfluous to the loan transaction, as NFCU made the loan to you based on your status as an exclusive IC Nationwide agent primarily selling property and casualty insurance.

In conclusion, the contingency bonus funds were collateral securing the loan, the funds were properly paid by Nationwide to NFCU as you directed, the funds were applied to the loan and will not be returned to you. Furthermore, you have outstanding balances on several accounts owing to NFCU as set forth above, including the loan. You should continue to repay such indebtedness according to the terms of the respective accounts, as failure to do so could result in further action being taken against you or in a negative credit report being issued. If you have further questions, you may contact me at the telephone number or address set forth below.

Very truly yours,

Randall W. May, Esq.
Counsel

Tele:   614.249.7899
Mail:   One Nationwide Plaza, 1-34-06
        Columbus, Ohio  43215-2220


Cc:     Michael Weisenberger
        Kimberly Cain
        Warren Brose

Bcc:    Randy Orr
        Gregg Bachmann



Nationwide

One Nationwide Plaza
Columbus, OH 43215-2220

06074-2663 11

Mr. Ronald Morin, Sr.
711 Sandstone Drive
South Windsor, CT 06074



## CERTIFICATION

I hereby certify that on this 19th day of June, 2007, a copy of the foregoing was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Richard P. Weinstein