UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD P. MORIN, SR., ET AL, | : | CIVIL ACTION NO. |
| | : | 3:03CV277 (CFD) |
| Plaintiffs, | : | |
| | : | |
| VS. | : | |
| | : | |
| NATIONWIDE FEDERAL CREDIT UNION, ET AL, | : | JUNE 19, 2007 |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S MOTION FOR PERMISSION TO FILE 50-PAGE BRIEF
IN RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

This case presents a number of issues that are both factually detailed and legally complex. As a result, notwithstanding the undersigned's efforts to keep the plaintiff's Memorandum of Law In Opposition to Defendants' Motion for Summary Judgment as succinct as possible, plaintiffs' opposition brief is 50 pages in length. Rule 7(a)2 of the Local Rules of this Court provides, in pertinent part, that "[e]xcept by permission of the Court, briefs or memoranda shall not exceed forty (40) 8½" by 11" pages of double spaced standard typographic print, exclusive of pages containing a table of contents, table of statutes, rules or the like." Accordingly, the plaintiff respectfully respects that the Court grant the plaintiffs such permission and accept the accompanying Memorandum of Law for filing.

PLAINTIFFS,

By: _____
Richard P. Weinstein, Esquire of
WEINSTEIN & WISSER, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107
Telephone No. (860) 561-2628
Facsimile No. (860) 521-6150
Federal Bar No. ct06215
rpw1@dtg.net

## CERTIFICATION

I hereby certify that on this 19th day of June, 2007, a copy of the foregoing was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Richard P. Weinstein