UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RONALD P. MORIN, SR., ET AL., : | Civil Action No. |
|     Plaintiffs, : | 3:03 CV 0277 (CFD) |
| : | |
| v. : | |
| : | |
| NATIONWIDE FEDERAL CREDIT UNION, ET AL., : | |
|     Defendants. : | June 27, 2007 |

### *ASSENTED-TO* MOTION TO EXTEND TIME TO FILE SUMMARY JUDGMENT REPLY BRIEF

Defendants hereby respectfully request, with Plaintiffs' assent, an extension of time of thirty (30) days to submit their Reply Memorandum of Law in Further Support of Summary Judgment, through and including August 3, 2007.  In support of this motion, Defendants state as follows:

1. Plaintiffs' counsel consents to this extension until August 3, 2007.

2. The complaint in the above-captioned matter contains twelve (12) separate causes of action arising under common law, federal and state statutory theories of recovery, concerning events that allegedly transpired over nearly a decade.

3. On April 11, 2007, Defendants filed their Motion for Summary Judgment, together with supporting papers.

4. On June 19, 2007, Plaintiffs filed their Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment, together with supporting papers.  In their fifty (50) page opposition and supporting papers, Plaintiffs raise legal arguments and purportedly disputed issues of fact to which Defendants plan to reply.

5. Local Rule 7(d) requires that reply briefs be filed within ten (10) days of the filing of the opposing brief to which the reply is made.

6. In light of an impending July 4th holiday and vacation schedules, Defendants' counsel requests this extension of time in order to adequately and succinctly prepare a focused reply. Defendants respectfully submit that the Court will benefit from a concise and targeted reply to the issues raised by Plaintiffs' opposition and supporting papers. A brief thirty (30) day extension will allow Defendants' counsel sufficient time to prepare such a reply for the parties' and Court's benefit.

7. This is Defendants' first request for an extension of time with respect to this reply.

WHEREFORE, Defendants respectfully requests that their motion for extension of time to file their Reply Memorandum of Law in Further Support of Summary Judgment be granted.

        **DEFENDANTS,**
        **NATIONWIDE FEDERAL CREDIT UNION,**
        **ET AL.**

        /s/ Michael D. Blanchard
        Deborah S. Freeman [ct 05257]
        Michael D. Blanchard [ct 25891]
        **BINGHAM MCCUTCHEN LLP**
        One State Street
        Hartford, CT 06103-3178
        Phone (860) 240-2700
        Fax (860) 240-2800
        deborah.freeman@bingham.com
        michael.blanchard@bingham.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2007, a copy of the foregoing Motion was sent via the court's electronic notification system or by first-class mail, postage pre-paid, to all counsel of record:

Richard P. Weinstein, Esq.
Weinstein & Wisser, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107

/s/ Michael D. Blanchard
Michael D. Blanchard