# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## APPEARANCE

Ronald P. Morin, Sr., et al.      CASE NUMBER: 3:03 CV 0277 (CFD)

v.

Nationwide Federal Credit Union, et al.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Nationwide Federal Credit Union
Nationwide Mutual Insurance Co.
Nationwide Mutual Fire Ins. Co.
Nationwide Life & Annuity Ins. Co.
Nationwide Property & Casualty Ins. Co.
Nationwide Life Ins. Co.
Norris J. Young, Jr.

__August 17, 2007__
Date

_____
Signature

__ct6153__
Connecticut Federal Bar Number

__Ben M. Krowicki__
Print Clearly or Type Name

__(860) 240-2700__
Telephone Number

__Bingham McCutchen LLP__
Address

__(860) 240-2800__
Fax Number

One State Street, Hartford, CT 06103

__ben.krowicki@bingham.com__
E-mail address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was sent via the Court's electronic notification system or by first class mail on this date to the following:

Richard P. Weinstein, Esq.
Weinstein & Wisser, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107

_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001