# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

Ronald P. Morin, Sr., et al.

v.

Nationwide Federal Credit Union, et al.

CASE NUMBER: 3:03 CV 0277 (CFD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Nationwide Federal Credit Union
Nationwide Mutual Insurance Co.
Nationwide Mutual Fire Ins. Co.
Nationwide Life & Annuity Ins. Co.
Nationwide Property & Casualty Ins. Co.
Nationwide Life Ins. Co.
Norris J. Young, Jr.

August 17, 2007
Date

*/s/ Seth N. Stratton*
Signature

ct27293
**Connecticut Federal Bar Number**

Seth N. Stratton
**Print Clearly or Type Name**

(860) 240-2700
**Telephone Number**

Bingham McCutchen LLP
**Address**

One State Street, Hartford, CT 06103

(860) 240-2800
**Fax Number**

seth.stratton@bingham.com
**E-mail address**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was sent via the Court's electronic notification system or by first class mail on this date to the following:

Richard P. Weinstein, Esq.
Weinstein & Wisser, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107

*/s/ Seth N. Stratton*
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001