UNITED STATES DISTICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD P. MORIN, SR., ET AL. | : | CIVIL ACTION NO. |
|     Plaintiffs, | : | |
| v. | : | 3:03 CV 277 (CFD) |
| | : | |
| NATIONWIDE FEDERAL CREDIT UNION, | : | |
| COMPANY, ET AL. | : | |
|     Defendants. | : | AUGUST 17, 2007 |

**SUPPLEMENTAL AFFIDAVIT OF MICHAEL D. BLANCHARD IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Michael D. Blanchard, being duly sworn upon his oath, does depose and state the following:

1. I am over 18 years of age and understand the meaning of an oath.

2. I am Counsel at Bingham McCutchen LLP in its Hartford Office located at One State Street, Hartford, CT 06103 and represent the Defendants in the above-captioned matter.

3. A true and complete copy of a letter (unsigned) from Ronald P. Morin, Sr. ("Mr. Morin") to NFCU, dated December 2, 2000, as it was produced to the Defendants by the Plaintiffs during discovery, is attached hereto as Exhibit A.

4. True and complete copies of Mr. Morin's bank statements for an account he held at Rockville Savings Bank reflecting the period of December 2000 through February 2001, as they were produced to the Defendants by the Plaintiffs during discovery, are attached hereto as Exhibit B.

A/72161261.1

5.   True and complete copies of Nationwide Federal Credit Union's transaction records relating to Mr. Morin's NFCU loan accounts reflecting the period of January through February 2001 (N/W RM 00753-00761, 00763-00764) as they were produced during discovery are attached hereto as Exhibit C.

6.   A true and complete copy of a letter from Chase Manhattan Bank USA, N.A. to Denise M. Morin, dated March 1, 2002, as it was produced to the Defendants by the Plaintiffs during discovery, is attached hereto as Exhibit D.

Dated at Hartford, Connecticut this 17th day of August, 2007.

_____
Michael D. Blanchard

Sworn to and subscribed before me
this 17th day of August, 2007

_Patricia K. Maddocks_
Notary Public - Patricia K. Maddocks
My Commission expires: 07-31-2011

A/72161261.1                                                    2

## **CERTIFICATION**

I hereby certify that on this 17th day of August, 2007, a copy of the foregoing was sent via the Court's electronic notification system or by first class U.S. mail to:

Richard P. Weinstein, Esq.
Nathan A. Schatz, Esq.
Weinstein & Wisser, P.C.
29 South Main Street, Ste. 207
West Hartford, CT 06107
*Counsel for Plaintiff*

Michael D. Blanchard