# EXHIBIT B

# THE SAVINGS BANK OF ROCKVILLE



CONNECTICUT'S BEST COMMUNITY BANK
Rockville • Ellington • Vernon • Manchester
South Windsor • Somers • Enfield
http://www.sbr.com
(860) 871-1858           (860) 871-7744
Connecting All Offices    24-Hour Tellerphone

EFFECTIVE MARCH 5, 2001 THE CHARGE
FOR USING A NON ROCKVILLE BANK ATM
WILL INCREASE FROM 75 CENTS TO
95 CENTS.

RONALD P MORIN
DENISE M MORIN
711 SANDSTONE DR
S WINDSOR CT 06074-2859

```
                                                              ACCOUNT 05-00-0502665
  O   PAGE   1
      STATEMENT END DATE      ACCOUNT        ENDING      R-E-M-A-R-K-S            PAGE
           13-JAN-01          NUMBERS        BALANCES    AS OF: 14-JAN-01           1
  SUMMARY:
    STATEMENT SAVINGS    05-00-0502665        634.25

  ************************* STATEMENT SAVINGS  *********************************
                                05-00-0502665
  DATE       DESCRIPTION                                                    BALANCE
  ----       -----------                    DEPOSITS    WITHDRAWALS          -------
  10-DEC-00  "PREVIOUS BALANCE" ---------------------------------------      107.73
  15 DEC     CASH DEPOSIT                    525.00                          632.73
  19 DEC     NECU                                         355.67             277.06
  19 DEC     NECU                                         168.14             108.92
  4? DEC     +INTEREST CREDIT                    .11                         109.23
             EFFECTIVE  31 DEC
  11 JAN     CASH DEPOSIT                    525.00                          634.25
  13-JAN-01  "NEW BALANCE" -----------------------------------------------   634.25

  *******************************************************************************

  TOTAL AMOUNT OF CREDITS     1,050.33   TOTAL AMOUNT OF DEBITS       523.81
       NUMBER OF CREDITS          3          NUMBER OF DEBITS              2

  ********************** ANNUAL PERCENTAGE YIELD EARNED (APYE) ******************
       DAYS IN PERIOD    = 35              INTEREST EARNED  .45
       AVERAGE BALANCE = 213.78            ANNUAL PERCENTAGE YIELD EARNED = 2.22%
  *******************************************************************************
```

From 12-10-00 to 1-13-01

Note!
Reflects The
Dec. Payments But None Cash Was In The
Acct For January '01 Withdrawals

CY-02  CO-0000  BA-00  BK-17    04616                                          O

# THE SAVINGS BANK OF ROCKVILLE

CONNECTICUT'S BEST COMMUNITY BANK

Rockville • Ellington • Vernon • Manchester
South Windsor • Somers • Enfield

http://www.sbr.com
(860) 871-1858           (860) 871-7744
Connecting All Offices    24-Hour Tellerphone



*JAN Statement Savings*

EFFECTIVE MARCH 5, 2001 THE CHARGE
FOR USING A NON ROCKVILLE BANK ATM
WILL INCREASE FROM 75 CENTS TO
95 CENTS.

RONALD P MORIN
DENISE M MORIN
159 TRUMBULL LANE
SOUTH WINDSOR CT 06074-2869

```
                                                      ACCOUNT 05-00-0502665

  O    PAGE    1
       STATEMENT END DATE    ACCOUNT       ENDING    R-E-M-A-R-K-S        PAGE
          10-FEB-01          NUMBERS       BALANCES  AS OF: 11-FEB-01      1
       SUMMARY:
       STATEMENT SAVINGS   05-00-0502665   1,160.13

*************************** STATEMENT SAVINGS *******************************
                                05-00-0502665
   DATE      DESCRIPTION                                                  BALANCE
                                           DEPOSITS   WITHDRAWALS
   14-JAN-01  "PREVIOUS BALANCE" ---------------------------------------  634.25
   30 JAN     INTEREST CREDIT                  .88                        635.13
              EFFECTIVE  31 JAN
   31 JAN     CASH DEPOSIT                  525.00                        1,160.13
   10-FEB-01  "NEW BALANCE" -------------------------------------------   1,160.13

*****************************************************************************

       TOTAL AMOUNT OF CREDITS     525.88    TOTAL AMOUNT OF DEBITS        .00
              NUMBER OF CREDITS       2          NUMBER OF DEBITS           0

********************** ANNUAL PERCENTAGE YIELD EARNED (APYE) ****************
       DAYS IN PERIOD   = 28             INTEREST EARNED 1.44
       AVERAGE BALANCE = 840.85          ANNUAL PERCENTAGE YIELD EARNED = 2.26%
*****************************************************************************
```

*Handwritten notes:*

From 1-13 to 2-10-01
NO PAYMENTS TAKEN
BUT FUNDS ARE THERE
AND AVAILABLE

NOTE!
FUNDS ARE IN THE ACCT
NFCU SHOWS THEY TOOK
THEM BUT NOTHING SHOWS
HERE.
DATES
1-12  } NOT ALL COVERED BY
1-26  }   THIS STATEMENT

CY-02   CO-0000   BA-00   BK-17      04273                                   0

**THE SAVINGS BANK of ROCKVILLE**
CONNECTICUT'S BEST COMMUNITY BANK
Rockville • Ellington • Vernon • Manchester
South Windsor • Somers • Enfield
http://www.sbr.com
(860) 871-1858         (860) 871-7744
Connecting All Offices   24-Hour Tellerphone    Member FDIC

RONALD P MORIN
DENISE M MORIN
159 TRUMBULL LANE
SOUTH WINDSOR CT 06074-2869

ACCOUNT 05-00-0502665

```
0    PAGE    1
     STATEMENT END DATE     ACCOUNT      ENDING       R-E-M-A-R-K-S              PAGE
        10-MAR-01           NUMBERS      BALANCES     AS OF: 11-MAR-01             1
  SUMMARY:
     STATEMENT SAVINGS   05-00-0502665    470.89

**************************** STATEMENT SAVINGS ********************************
                              05-00-0502665
  DATE       DESCRIPTION                                                    BALANCE
                                          DEPOSITS   WITHDRAWALS
  ------     -----------                                                    -------
  11-FEB-01  "PREVIOUS BALANCE" ---------------------------------------    1,160.13
  16 FEB     JOURNAL DEBIT                              168.14               991.99
             NFCU LOAN PYMT A15013-0450022
  22 FEB     JOURNAL DEBIT                              355.67               636.32
             NATIONWIDE F CU ACH WIRE B21011-0019057
  22 FEB     JOURNAL DEBIT                              355.67               280.65
             NATIONWIDE F CU ACH WIRE B21011-0019058
  22 FEB     JOURNAL DEBIT                              168.14               112.51
             NATIONWIDE F CU ACH WIRE B21011-0019109
  27 FEB     INTEREST CREDIT               1.52                              114.03
             EFFECTIVE  28 FEB
  28 FEB     CASH DEPOSIT                525.00                              639.03
   1 MAR     NFCU                                       168.14               470.89
  10-MAR-01  "NEW BALANCE" --------------------------------------------     470.89

********************************************************************************

  TOTAL AMOUNT OF CREDITS       526.52    TOTAL AMOUNT OF DEBITS      1,215.76
        NUMBER OF CREDITS          2            NUMBER OF DEBITS             5

******************** ANNUAL PERCENTAGE YIELD EARNED (APYE) *********************
     DAYS IN PERIOD   = 28              INTEREST EARNED 1.10
     AVERAGE BALANCE  = 634.84          ANNUAL PERCENTAGE YIELD EARNED = 2.28%
********************************************************************************




  CY-02   CO-0000   BA-00   BK-17       04295                                    0
```