# EXHIBIT C

```
RONALD P. MORIN
PO BOX 828
SOUTH WINDSOR CT 06074
```

```
+==================================================+
| Easing your financial burdens and                |
| providing financial convenience are              |
| what NFCU is all about. Use your NFCU            |
| VISA Platinum or Classic card to                 |
| consolidate other high interest cards            |
| into one convenient monthly payment.             |
+==================================================+
```

Account: 907119006

Branch: One Nationwide Plaza
Statement Date: 01/31/2001 Page: 1

| | | WITHDRAWAL | DEPOSIT | BALANCE |
|---|---|---|---|---|
| Checking Sub: 1 (Checking) Micr# 9071190069 | | | | |
| 01/01 | Beginning Balance | | | 1.27 |
| 01/03 | ACH Deposit | | 1.33 | 2.60 |
| | PPD / NATIONWIDE FUNDS / NW MONEY M | | | |
| 01/31 | Ending Balance | | | 2.60 |

Check Summary

| Total Deposits/Credits: | | | | 1.33 |
| Total Withdrawals/Debits: | | | | 0.00 |
| YTD Dividend: | | | | 0.00 |

2000 Dividend: 12.93

| | | WITHDRAWAL | DEPOSIT | BALANCE |
|---|---|---|---|---|
| Savings Sub: 1 (Primary Savings) | | | | |
| 01/01 | Beginning Balance | | | 5.00 |
| | No Activity For this Period | | | |
| 01/31 | Ending Balance | | | 5.00 |

Savings Summary

| Total Deposits/Credits: | 0.00 |
| Total Withdrawals/Debits: | 0.00 |
| YTD Dividend: | 0.00 |

2000 Dividend: 35.60

| | | WITHDRAWAL | DEPOSIT | BALANCE |
|---|---|---|---|---|
| Savings Sub: 2 (Holiday Club) | | | | |
| 01/01 | Beginning Balance | | | 0.00 |
| | No Activity For this Period | | | |
| 01/31 | Ending Balance | | | 0.00 |

Savings Summary

| Total Deposits/Credits: | 0.00 |
| Total Withdrawals/Debits: | 0.00 |

continued...

N/W RM 00753

```
+============================================================================+
| YTD Dividend:                        ........................        0.00 |
|============================================================================|
| 2000 Dividend:                       ........................        0.41 |
|============================================================================|
| 01/01 Beginning Balance              ........................        0.00 |
|       No Activity For this Period                                          |
| 01/31 Ending Balance                 ........................        0.00 |
|----------------------------------------------------------------------------|
| Savings  Sub: 3 (Holiday Club)            Savings Summary                  |
|                                      WITHDRAWAL   DEPOSIT      BALANCE|
|----------------------------------------------------------------------------|
| Total Deposits/Credits:              ........................        0.00 |
| Total Withdrawals/Debits:            ........................        0.00 |
| YTD Dividend:                        ........................        0.00 |
|============================================================================|
| 2000 Dividend:                       ........................        0.62 |
|============================================================================|
| Savings  Sub: 4 (Special Savings)                                          |
|                                      WITHDRAWAL   DEPOSIT      BALANCE|
|----------------------------------------------------------------------------|
| 01/01 Beginning Balance              ........................        0.00 |
|       No Activity For this Period                                          |
| 01/31 Ending Balance                 ........................        0.00 |
|----------------------------------------------------------------------------|
|                                           Savings Summary                  |
| Total Deposits/Credits:              ........................        0.00 |
| Total Withdrawals/Debits:            ........................        0.00 |
| YTD Dividend:                        ........................        0.00 |
|============================================================================|
| 2000 Dividend:                       ........................        3.21 |
|============================================================================|
| Savings  Sub: 5 (Special Savings)                                          |
|                                      WITHDRAWAL   DEPOSIT      BALANCE|
|----------------------------------------------------------------------------|
| 01/01 Beginning Balance              ........................        0.00 |
|       No Activity For this Period                                          |
| 01/31 Ending Balance                 ........................        0.00 |
|----------------------------------------------------------------------------|
|                                           Savings Summary                  |
| Total Deposits/Credits:              ........................        0.00 |
| Total Withdrawals/Debits:            ........................        0.00 |
| YTD Dividend:                        ........................        0.00 |
|============================================================================|
| 2000 Dividend:                       ........................       22.00 |
|============================================================================|
| Savings  Sub: 6 (Holiday Club)                                             |
|                                      WITHDRAWAL   DEPOSIT      BALANCE|
|----------------------------------------------------------------------------|
| 01/01 Beginning Balance              ........................        0.00 |
|       No Activity For this Period                                          |
| 01/31 Ending Balance                 ........................        0.00 |
|----------------------------------------------------------------------------|
|                                           Savings Summary                  |
| Total Deposits/Credits:              ........................        0.00 |
| Total Withdrawals/Debits:            ........................        0.00 |
| YTD Dividend:                        ........................        0.00 |
+============================ continued... ==================================+
```

N/W RM 00754

```
+===============================================================================+
| 2000 Dividend:                                                         0.62   |
+-------------------------------------------------------------------------------+
| Savings  Sub: 7 (Holiday Club)                                                |
|                                        WITHDRAWAL    DEPOSIT    BALANCE       |
| 01/01 Beginning Balance                                           0.00        |
|       No Activity For this Period                                             |
| 01/31 Ending Balance                                              0.00        |
|-------------------------------------------------------------------------------|
| Total Deposits/Credits:                                           0.00        |
| Total Withdrawals/Debits:                                         0.00        |
| YTD Dividend:                                                     0.00        |
|-------------------------------------------------------------------------------|
| 2000 Dividend:                                                    0.41        |
+===============================================================================+
| Savings   Sub: 8 (Agent Tax)                                                  |
|                                Savings Summary                                |
|                                        WITHDRAWAL    DEPOSIT    BALANCE       |
| 01/01 Beginning Balance                                           0.00        |
|       No Activity For this Period                                             |
| 01/31 Ending Balance                                              0.00        |
|-------------------------------------------------------------------------------|
| Total Deposits/Credits:                                           0.00        |
| Total Withdrawals/Debits:                                         0.00        |
| YTD Dividend:                                                     0.00        |
|-------------------------------------------------------------------------------|
| 2000 Dividend:                                                    0.58        |
+===============================================================================+
| Loan Sub: 1 (New Vehicle Loan)                                                |
| Annual Percentage Rate   ** 7.500% **  Type: fixed                            |
| Daily   Periodic  Rate   ** 0.020548% **  Loan#: 9071190064                   |
|                                                                               |
|                                         PRINCIPAL   FINANCE       LOAN        |
|                                           AMOUNT    CHARGE      BALANCE       |
|                                                    Fees/Prems                 |
| 12/29 Beginning Loan Balance                                    27,600.07     |
| 12/29 ACH Origination Credit              276.27     79.40      27,323.80     |
|       PPD / NFCU / LOAN PYMT                                                  |
| 12/29 Eff/Posted 01/10 Return ACH - Loan Payment                              |
|                                           276.27-   79.40-      27,600.07     |
| 01/12 ACH Origination Credit              196.87    158.80      27,403.20     |
|       PPD / NFCU / LOAN PYMT                                                  |
| 01/26 ACH Origination Credit              276.84     78.83      27,126.36     |
|       PPD / NFCU / LOAN PYMT                                                  |
| 01/31 Ending Loan Balance                                       27,126.36     |
|-------------------------------------------------------------------------------|
|            Loan Summary    (Next Payment Date: 02/15/2001)                    |
| Minimum Payment Due:                                              355.67      |
| YTD FINANCE CHARGE:                                               237.63      |
|-------------------------------------------------------------------------------|
| 2000 FINANCE CHARGE:                                             2305.31      |
+===============================================================================+
| Loan Sub: 5 (RV/Boat/Motorcycle)                                              |
| Annual Percentage Rate   ** 13.000% **  Type: variable                        |
| Daily   Periodic  Rate   ** 0.035616% **  Loan#: 9071190063                   |
| 12/29 Beginning Loan Balance                                    3,940.44      |
| 12/29 ACH Origination Credit              148.49    19.65       3,791.95      |
|       PPD / NFCU / LOAN PYMT                                                  |
+-------------------------------------------------------------------------------+
                               continued...
```

N/W RM 00755

page: 4

```
+=============================================================================+
| 12/29 Eff/Posted 01/10 Return ACH - Loan Payment      148.19-      3,940.14 |
| 01/12 ACH Origination Credit                          128.84       3,811.30 |
|       PPD / NFCU / LOAN PYMT                                                |
| 01/31 Ending Loan Balance                              19.65-      3,811.30 |
|                                                        39.30                |
|       Loan Summary   (Next Payment Date: 01/31/2001)                        |
|       Minimum Payment Due:                                         168.14   |
|       YTD FINANCE CHARGE:                                           39.30   |
|       2000 FINANCE CHARGE:                                         723.73   |
+=============================================================================+
| Loan Sub: 6 (Agent - 100% Participation)      PRINCIPAL  FINANCE            |
| Annual Percentage Rate  ** 12.000% **           AMOUNT   CHARGE    LOAN     |
| Daily Periodic Rate     ** 0.03287% **.                 Fees/Prems BALANCE  |
|                          Loan#: 9071190061                                  |
+-----------------------------------------------------------------------------+
| 01/01 Beginning Loan Balance                                      133,902.54|
|       No Activity For this Period                                           |
| 01/31 Ending Loan Balance                                         133,902.54|
|                                                                             |
|       Loan Summary   (Next Payment Date: 11/15/2000)                        |
|       Minimum Payment Due:                                         2,582.97 |
|       YTD FINANCE CHARGE:                                              0.00 |
|       2000 FINANCE CHARGE:                                        14296.87  |
+=============================================================================+
                            Account Balance Summaries
-------------------------------------------------------------------------------
Total Checking:                                                          2.60
Total Savings:                                                           5.00
Total Loans:                                                        164,840.20
===================================== THANK YOU ===============================
```

N/W RM 00756

```
RONALD P. MORIN
PO BOX 828
SOUTH WINDSOR CT  06074-0828
```

```
+==============================================================================+
|                                              Branch: One Nationwide Plaza    |
|                                              Statement Date: 02/28/2001 Page: 1 |
|==============================================================================|
|                                             | IRS Direct is the easiest way to get |
|                                             | your IRS tax refund and it's fast, easy |
|                                             | and free! Your refund is sent directly |
|                                             | to your NFCU checking or savings |
|                                             | account up to three weeks earlier than |
|                                             | if you were to receive it by mail. See |
|                                             | the enclosed insert to sign up today. |
+==============================================================================+

Account: 907119006

+==============================================================================+
| Checking  Sub: 1 (Checking) Micr# 9071190069                                 |
|==============================================================================|
|                                                  WITHDRAWAL   DEPOSIT  BALANCE|
| 02/01 Beginning Balance                                                 2.60 |
| 02/02 ACH Deposit                                              1.23     3.83 |
|       PPD / NATIONWIDE FUNDS / NW MONEY M                                    |
| 02/28 Ending Balance                                                    3.83 |
|                              Check Summary                                   |
| ........................................................................... |
| ........................................................................... |
| ........................................................................... |
| ........................................................................... |
| Total Deposits/Credits:                                                 1.23 |
| Total Withdrawals/Debits:                                               0.00 |
| YTD Dividend:                                                           0.00 |
| 2000 Dividend:                                                         12.93 |
+==============================================================================+
| Savings   Sub: 1 (Primary Savings)                                           |
|==============================================================================|
|                                                  WITHDRAWAL   DEPOSIT  BALANCE|
| 02/01 Beginning Balance                                                 5.00 |
|       No Activity For this Period                                            |
| 02/28 Ending Balance                                                    5.00 |
|                              Savings Summary                                 |
| ........................................................................... |
| ........................................................................... |
| ........................................................................... |
| Total Deposits/Credits:                                                 0.00 |
| Total Withdrawals/Debits:                                               0.00 |
| YTD Dividend:                                                           0.00 |
| 2000 Dividend:                                                         35.60 |
+==============================================================================+
| Savings   Sub: 2 (Holiday Club)                                              |
|==============================================================================|
|                                                  WITHDRAWAL   DEPOSIT  BALANCE|
| 02/01 Beginning Balance                                                 0.00 |
|       No Activity For this Period                                            |
| 02/28 Ending Balance                                                    0.00 |
|                              Savings Summary                                 |
| ........................................................................... |
| ........................................................................... |
| Total Deposits/Credits:                                                 0.00 |
| Total Withdrawals/Debits:                                               0.00 |
|                             continued...                                     |
+==============================================================================+
```

N/W RM 00757

```
+==========================================================================+
| YTD Dividend:                         ..............................  0.00 |
+==========================================================================+
| 2000 Dividend:                        ..............................  0.41 |
+==========================================================================+
|                            Savings Summary                                 |
|                                            WITHDRAWAL  DEPOSIT    BALANCE  |
+==========================================================================+
| 02/01 Beginning Balance                                              0.00  |
|       No Activity For this Period                                          |
| 02/28 Ending Balance                                                 0.00  |
+==========================================================================+
| Savings    Sub: 3 (Holiday Club)                                           |
+==========================================================================+
| Total Deposits/Credits:               ..............................  0.00 |
| Total Withdrawals/Debits:             ..............................  0.00 |
| YTD Dividend:                         ..............................  0.00 |
+==========================================================================+
| 2000 Dividend:                        ..............................  0.62 |
+==========================================================================+
| Savings    Sub: 4 (Special Savings)                                        |
|                                            WITHDRAWAL  DEPOSIT    BALANCE  |
+==========================================================================+
| 02/01 Beginning Balance                                              0.00  |
|       No Activity For this Period                                          |
| 02/28 Ending Balance                                                 0.00  |
+==========================================================================+
|                            Savings Summary                                 |
+==========================================================================+
| Total Deposits/Credits:               ..............................  0.00 |
| Total Withdrawals/Debits:             ..............................  0.00 |
| YTD Dividend:                         ..............................  0.00 |
+==========================================================================+
| 2000 Dividend:                        ..............................  3.21 |
+==========================================================================+
| Savings    Sub: 5 (Special Savings)                                        |
|                                            WITHDRAWAL  DEPOSIT    BALANCE  |
+==========================================================================+
| 02/01 Beginning Balance                                              0.00  |
|       No Activity For this Period                                          |
| 02/28 Ending Balance                                                 0.00  |
+==========================================================================+
|                            Savings Summary                                 |
+==========================================================================+
| Total Deposits/Credits:               ..............................  0.00 |
| Total Withdrawals/Debits:             ..............................  0.00 |
| YTD Dividend:                         ..............................  0.00 |
+==========================================================================+
| 2000 Dividend:                        ..............................  22.00|
+==========================================================================+
| Savings    Sub: 6 (Holiday Club)                                           |
|                                            WITHDRAWAL  DEPOSIT    BALANCE  |
+==========================================================================+
| 02/01 Beginning Balance                                              0.00  |
|       No Activity For this Period                                          |
| 02/28 Ending Balance                                                 0.00  |
+==========================================================================+
|                            Savings Summary                                 |
+==========================================================================+
| Total Deposits/Credits:               ..............................  0.00 |
| Total Withdrawals/Debits:             ..............................  0.00 |
| YTD Dividend:                         ..............................  0.00 |
+==========================================================================+
                                       continued...
```

N/W RM 00758

```
+=====================================================================================+
| .2000 Dividend:                                                              0.62    |
|=====================================================================================|
| Savings Sub: 7 (Holiday Club)                                                        |
|=====================================================================================|
|                                         Savings Summary                              |
|                                                      WITHDRAWAL  DEPOSIT   BALANCE   |
| 02/01 Beginning Balance                                                              |
|       No Activity For this Period                                                    |
| 02/28 Ending Balance                                                          0.00   |
|-------------------------------------------------------------------------------------|
| Total Deposits/Credits:                              ...........                     |
| Total Withdrawals/Debits:                            ...........             0.00    |
| YTD Dividend:                                        ...........             0.00    |
|                                                                              0.00    |
| 2000 Dividend:                                                               0.41    |
|=====================================================================================|
| Savings Sub: 8 (Agent Tax)                                                           |
|=====================================================================================|
|                                         Savings Summary                              |
|                                                      WITHDRAWAL  DEPOSIT   BALANCE   |
| 02/01 Beginning Balance                                                              |
|       No Activity For this Period                                                    |
| 02/28 Ending Balance                                                          0.00   |
|-------------------------------------------------------------------------------------|
| Total Deposits/Credits:                              ...........             0.00    |
| Total Withdrawals/Debits:                            ...........             0.00    |
| YTD Dividend:                                        ...........             0.00    |
|                                                                                      |
| 2000 Dividend:                                                               0.58    |
|=====================================================================================|
| Loan Sub: 1 (New Vehicle Loan)                                                       |
| Annual Percentage Rate   ** 7.500% **  Type: fixed                                   |
| Daily  Periodic    Rate  ** 0.020548% ** Loan#: 9071190064                           |
|=====================================================================================|
|                                           PRINCIPAL   FINANCE      LOAN              |
|                                            AMOUNT     CHARGE     BALANCE             |
|                                                     Fees/Prems                       |
| 02/01 Beginning Loan Balance                                    27,126.36            |
| 02/09 ACH Origination Credit (Reversed)    277.64     78.03     27,126.36            |
|       PPD / NFCU / LOAN PYMT                                                         |
| 02/26 ACH Origination Credit (Reversed)    261.88     93.79     27,126.36            |
|       PPD / NFCU / LOAN PYMT                                                         |
| 02/28 Ending Loan Balance                                       27,126.36            |
|-------------------------------------------------------------------------------------|
|                      Loan Summary  (Next Payment Date: 02/15/2001)                   |
| Minimum Payment Due:                                              355.67             |
| YTD FINANCE CHARGE:                                               237.63             |
|=====================================================================================|
| 2000 FINANCE CHARGE:                                             2305.31             |
|=====================================================================================|
| Loan Sub: 5 (RV/Boat/Motorcycle)        Type: variable                               |
| Annual Percentage Rate   ** 13.000% **  Loan#: 9071190063                            |
| Daily  Periodic    Rate  ** 0.035616% **                                             |
|=====================================================================================|
|                                           PRINCIPAL   FINANCE      LOAN              |
|                                            AMOUNT     CHARGE     BALANCE             |
|                                                     Fees/Prems                       |
| 02/01 Beginning Loan Balance                                     3,811.30            |
| 02/15 ACH Origination Credit               121.99     46.15      3,689.31            |
|       PPD / NFCU / LOAN PYMT                                                         |
| 02/22 ACH Origination Credit (Reversed)    158.94      9.20      3,689.31            |
|       PPD / NFCU / LOAN PYMT                                                         |
| 02/28 ACH Origination Credit               151.06     17.08      3,538.25            |
|       PPD / NFCU / LOAN PYMT                                                         |
+=====================================================================================+
                                                    continued...
```

N/W RM 00759

```
+===========================================================================+
| 02/29 Ending Loan Balance                                   3,538.25      |
|     Minimum Payment Due:                                      168.14      |
|     YTD FINANCE CHARGE:                                       102.53      |
|===========================================================================|
| 2000 FINANCE CHARGE:                                          723.73      |
+===========================================================================+
| Loan Sub: 6 (Agent - 100% Participation)           PRINCIPAL   FINANCE    |
| Annual Percentage Rate ** 12.000% ** Type: variable  AMOUNT    CHARGE     |
| Daily Periodic Rate ** 0.032877% ** Loan#: 9071190061          Fees/Prems |
|---------------------------------------------------------------------------|
|            Loan Summary    (Next Payment Date: 11/15/2000)     LOAN       |
|                                                                BALANCE    |
|---------------------------------------------------------------------------|
| 02/01 Beginning Loan Balance                               133,902.54     |
|       No Activity For this Period                                         |
| 02/28 Ending Loan Balance                                  133,902.54     |
|       Minimum Payment Due:                                   2,582.97     |
|       YTD FINANCE CHARGE:                                        0.00     |
|===========================================================================|
| 2000 FINANCE CHARGE:                                        14296.87      |
+===========================================================================+
             Account Balance Summaries
|---------------------------------------------------------------------------|
| Total Checking:                                                  3.83     |
| Total Savings:                                                   5.00     |
| Total Loans:                                               164,567.15     |
+===========================================================================+
========================== THANK YOU ==========================
```

N/W RM 00760

```
                                          +===========================================+
                                          |                                           |
                                          |                                           |
                                          |                                           |
                                          |                                           |
                                          | At NFCU, we value members' privacy. For   |
                                          | more information on how we safeguard      |
     RONALD P. MORIN                      | your personal information, please see     |
     PO BOX 828                           | the enclosed spring issue of Advantage.   |
     SOUTH WINDSOR CT 06074-0828          | If you have questions or comments         |
                                          | regarding your privacy and NFCU's         |
                                          | policies, please contact us.              |
                                          |                                           |
                                          +===========================================+

Account: 907119006                              Branch: One Nationwide Plaza
                                                Statement Date:   03/31/2001 Page: 1
================================================================================
Checking Sub: 1 (Checking) Micr# 9071190069        WITHDRAWAL    DEPOSIT      BALANCE
--------------------------------------------------------------------------------
3/01 Beginning Balance                                                          3.83
3/02 ACH Deposit                                                  0.99          4.82
     PPD / NATIONWIDE FUNDS / NW MONEY M
3/31 Ending Balance                                                             4.82
                         Check Summary

Total Deposits/Credits:      ..................................         0.99
Total Withdrawals/Debits:    ..................................         0.00
YTD Dividend:                ..................................         0.00

2000 Dividend:               ..................................        12.93
================================================================================
Savings  Sub: 1 (Primary Savings)                  WITHDRAWAL    DEPOSIT      BALANCE
--------------------------------------------------------------------------------
3/01 Beginning Balance                                                          5.00
     No Activity For this Period
3/31 Ending Balance                                                             5.00
                         Savings Summary

Total Deposits/Credits:      ..................................         0.00
Total Withdrawals/Debits:    ..................................         0.00
YTD Dividend:                ..................................         0.00

2000 Dividend:               ..................................        35.60
================================================================================
Savings  Sub: 2 (Holiday Club)                     WITHDRAWAL    DEPOSIT      BALANCE
--------------------------------------------------------------------------------
3/01 Beginning Balance                                                          0.00
     No Activity For this Period
3/31 Ending Balance                                                             0.00
                         Savings Summary

Total Deposits/Credits:      ..................................         0.00
Total Withdrawals/Debits:    ..................................         0.00
=============================       continued...   =============================
```

N/W RM 00761

```
  2000 Dividend:                       ............................................      0.62
=====================================================================================
Savings   Sub: 7 (Holiday Club)                    WITHDRAWAL    DEPOSIT       BALANCE
-------------------------------------------------------------------------------------
03/01 Beginning Balance                                                           0.00
      No Activity For this Period
03/31 Ending Balance                                                              0.00
                         Savings Summary

 Total Deposits/Credits:              ............................................      0.00
 Total Withdrawals/Debits:            ............................................      0.00
 YTD Dividend:                        ............................................      0.00

 2000 Dividend:                       ............................................      0.41
=====================================================================================
Savings   Sub: 8 (Agent Tax)                       WITHDRAWAL    DEPOSIT       BALANCE
-------------------------------------------------------------------------------------
03/01 Beginning Balance                                                           0.00
      No Activity For this Period
03/31 Ending Balance                                                              0.00
                         Savings Summary

 Total Deposits/Credits:              ............................................      0.00
 Total Withdrawals/Debits:            ............................................      0.00
 YTD Dividend:                        ............................................      0.00

 2000 Dividend:                       ............................................      0.58
=====================================================================================
Loan Sub: 1 (New Vehicle Loan)  Durango       PRINCIPAL    FINANCE        LOAN
Annual Percentage Rate   ** 7.500% **  Type: fixed  AMOUNT      CHARGE     BALANCE
Daily  Periodic  Rate    ** 0.020548% **  Loan#: 9071190064    Fees/Prems
-------------------------------------------------------------------------------------
3/01 Beginning Loan Balance                                                   27,126.36
3/13 ACH Origination Credit                         99.27       256.40        27,027.09
     PPD / NFCU / LOAN PYMT
3/28 ACH Origination Credit                        272.37        83.30        26,754.72
     PPD / NFCU / LOAN PYMT
3/31 Ending Loan Balance                                                      26,754.72
              Loan Summary   (Next Payment Date: 03/15/2001)
 Minimum Payment Due:                 ............................................    355.67
 YTD FINANCE CHARGE:                  ............................................    577.33

 2000 FINANCE CHARGE:                 ............................................   2305.31
=====================================================================================
Loan Sub: 5 (RV/Boat/Motorcycle) Ski Doo       PRINCIPAL    FINANCE        LOAN
Annual Percentage Rate   ** 12.000% **  Type: variable  AMOUNT    CHARGE    BALANCE
Daily  Periodic  Rate    ** 0.032877% **  Loan#: 9071190063    Fees/Prems
-------------------------------------------------------------------------------------
3/01 Beginning Loan Balance                                                    3,538.25
3/15 ACH Origination Credit                        149.24        18.90         3,389.01
     PPD / NFCU / LOAN PYMT
3/30 ACH Origination Credit                        150.03        18.11         3,238.98
     PPD / NFCU / LOAN PYMT
3/31 Ending Loan Balance                                                       3,238.98
=========================================  continued...  ============================
```

N/W RM 00763

```
                        Loan Summary    (Next Payment Date: 03/31/2001)
Minimum Payment Due:              ........................................        168.14
YTD FINANCE CHARGE:               ........................................        139.54

2000 FINANCE CHARGE:              ........................................        723.73
=========================================================================================
Loan Sub: 6 (Agent - 100% Participation)              PRINCIPAL   FINANCE       LOAN
Annual Percentage Rate   ** 11.000% **  Type: variable  AMOUNT    CHARGE       BALANCE
Daily  Periodic  Rate    ** 0.030137% ** Loan#: 9071190061        Fees/Prems
-----------------------------------------------------------------------------------------
03/01 Beginning Loan Balance                                                 133,902.54
      No Activity For this Period
03/31 Ending Loan Balance                                                    133,902.54
                        Loan Summary    (Next Payment Date: 11/15/2000)
Minimum Payment Due:              ........................................      2,582.97
YTD FINANCE CHARGE:               ........................................          0.00

2000 FINANCE CHARGE:              ........................................      14296.87
=========================================================================================
                        Account Balance Summaries
-----------------------------------------------------------------------------------------
Total Checking:                                                                    4.82
Total Savings:                                                                     5.00
Total Loans:                                                                 163,896.24
=============================== THANK YOU ===============================================
```

N/W RM 00764