# EXHIBIT D

Chase Manhattan Bank USA, N.A.
PO Box 15011
Wilmington, DE 19850-5011



DENISE M MORIN
PO BOX 828
SOUTH WINDSAR CT 06074-0828

0000953

*800-749-7524*

Reference # 020581833450            March 1, 2002

Dear Denise M Morin:

Thank you for your recent request for a credit line increase on your credit account.

We reviewed your information carefully. Unfortunately, we are unable to approve your request for the following reason(s):

- You have insuficent income, relative to your outstanding debt, for the credit line requested.

- One or more of your past or present account(s) reflect delinquency of 60 days

Our decision was based in whole or in part on information obtained from the consumer reporting agency listed below. The consumer reporting agency did not make the decision to take the adverse action indicated and is unable to provide you with the specific reason(s) why we have denied credit to you on the terms you requested.

EXPERIAN (WWW.EXPERIAN.COM)
701 EXPERIAN PARKWAY
P.O. BOX 2002
ALLEN, TX 75013-0036
(888)397-3742

Under the federal Fair Credit Reporting Act, you have a right to obtain a free copy of your consumer report from the consumer reporting agency listed in this letter, if you make your request within sixty (60) days from the date you receive this notice. You have a right to dispute with the consumer reporting agency the accuracy or completeness of any information in a consumer report furnished by the agency. Please read the information provided on the reverse side of this letter regarding your rights as a credit applicant.

*Processed*
*Cnf # 139656574*

(Over)

1263 4000 0000 C0816 020301 0000953

We regret that we are unable to increase your credit line at this time. However, if changes are made to your credit report in the future, we would welcome the opportunity to review your credit line status for you.

If you have any questions, you may contact one of our representatives Monday through Friday, at (800) 323-7807, between the hours of 8 AM and 10:30 PM or Saturday between 9 AM and 8 PM, Eastern Time.

Thank you for your continuing interest in our credit products and services.

Regards,

*Karen McConnell*

Karen McConnell
Credit Underwriting

### EQUAL CREDIT OPPORTUNITY ACT NOTICE

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Office of the Comptroller of the Currency, Customer Assistance Unit, 1301 McKinney Avenue, Suite 3710, Houston, Tx 77010.

1263 4000 0000 C0816 020301 0000953