UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD P. MORIN, SR., ET AL., | : | CIVIL ACTION NO. |
|     Plaintiffs, | : | |
| | : | 3:03 CV 277 (CFD) |
| v. | : | |
| | : | |
| NATIONWIDE FEDERAL CREDIT UNION, ET AL., | : | |
| | : | |
|     Defendants. | : | August 17, 2007 |

**DEFENDANTS' MOTION TO STRIKE
SCANDALOUS (AND DEMONSTRABLY FALSE) ACCUSATIONS**

Pursuant to Fed. R. Civ. P. 12(f), Defendant Nationwide Federal Credit Union ("NFCU") hereby moves to strike Plaintiffs' allegations that Kathleen Brisendine, affiant for Defendants, provided false testimony under oath. As the *omitted* pages from the documents Plaintiffs selectively quote from establish, the assertion is demonstrably false. In further support of this motion, NFCU relies upon the memorandum submitted herewith.

A/72165225.1

WHEREFORE, Defendants respectfully request that this Court strike the first paragraph and note 7 on page 26 of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment, and grant any other relief this Court deems just and proper.

**DEFENDANTS NATIONWIDE FEDERAL CREDIT UNION, ET AL**

By: /s/ Michael D. Blanchard
　　Ben M. Krowicki (ct06153)
　　Deborah S. Freeman (ct05257)
　　Michael D. Blanchard (ct25891)
　　Seth N. Stratton (ct27293)
　　BINGHAM McCUTCHEN LLP
　　One State Street
　　Hartford, CT  06103-3178
　　(860) 240-2700
　　(860) 240-2818 (fax)
　　ben.krowicki@bingham.com
　　deborah.freeman@bingham.com
　　michael.blanchard@bingham.com
　　seth.stratton@bingham.com
　　Their Attorneys

**CERTIFICATION**

I hereby certify that on this 17th day of August, 2007, a copy of the foregoing was sent via the Court's electronic notification system or by first class U.S. mail to:

Richard P. Weinstein, Esq.
Nathan A. Schatz, Esq.
Weinstein & Wisser, P.C.
29 South Main Street, Ste. 207
West Hartford, CT 06107
*Counsel for Plaintiff*

/s/ Michael D. Blanchard
Michael D. Blanchard