UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD P. MORIN, SR., ET AL., | : | CIVIL ACTION NO. |
|    Plaintiffs, | : | |
| | : | 3:03 CV 277 (CFD) |
| v. | : | |
| | : | |
| NATIONWIDE FEDERAL CREDIT UNION, | : | |
| ET AL., | : | |
|    Defendants. | : | AUGUST 17, 2007 |

### MOTION TO STRIKE MORIN AFFIDAVIT AND 56(A)(2) STATEMENT

Defendants Nationwide Federal Credit Union, et al. (collectively "NFCU"), respectfully move for an order striking paragraphs 5-7, 10, 12-13, 15-21, and 23-31 of the Affidavit of Ronald P. Morin, Sr., dated June 19, 2007 ("Morin Affidavit") and paragraphs 4, 32, 37, 39, 43-50, 52, 54, 56, 58, 59, 61-63 and 65 and Disputed Issues A through X of Mr. Morin's Local Rule 56(a)(2) Statement dated June 19, 2007 ("56(a)(2) Statement"). As grounds for this motion, Defendants rely on their Memorandum of Law In Support of Motion to Strike Morin Affidavit and 56(a)(2) Statement submitted contemporaneously herewith.

WHEREFORE, Defendants Nationwide Federal Credit Union, et al., respectfully request that this Court strike all of the above-referenced statements from the Affidavit of Ronald P. Morin, Sr. and Plaintiffs' Local Rule 56(a)(2) Statement or, alternatively, strike said affidavit and statement in their entirety for failure to comply with the requirements of Local Rules 56(a)(2) and 56(a)(3) and Federal Rule 56(e), and deem the undisputed facts set forth in the Defendant's Local Rule 56(a)(1) Statement dated April 11, 2007, admitted.

A/72067342.8

**DEFENDANTS NATIONWIDE FEDERAL CREDIT UNION, ET AL**

By: /s/ Michael D. Blanchard
    Ben M. Krowicki (ct06153)
    Deborah S. Freeman (ct05257)
    Michael D. Blanchard (ct25891)
    Seth N. Stratton (ct27293)
    BINGHAM McCUTCHEN LLP
    One State Street
    Hartford, CT  06103-3178
    (860) 240-2700
    (860) 240-2818 (fax)
    ben.krowicki@bingham.com
    deborah.freeman@bingham.com
    michael.blanchard@bingham.com
    seth.stratton@bingham.com
    Their Attorneys

## **CERTIFICATION**

I hereby certify that on this 17th day of August, 2007, a copy of the foregoing was sent via the Court's electronic notification system or by first class U.S. mail to:

Richard P. Weinstein, Esq.
Nathan A. Schatz, Esq.
Weinstein & Wisser, P.C.
29 South Main Street, Ste. 207
West Hartford, CT 06107
*Counsel for Plaintiff*

/s/ Michael D. Blanchard
Michael D. Blanchard