UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RONALD P. MORIN, SR., ET AL., | : | CIVIL ACTION NO. |
|     Plaintiffs, | : | |
| | : | 3:03 CV 277 (CFD) |
| v. | : | |
| | : | |
| NATIONWIDE FEDERAL CREDIT UNION, | : | |
| ET AL., | : | |
|     Defendants. | : | AUGUST 17, 2007 |

## MOTION FOR PERMISSION TO EXCEED PAGE LIMIT

Defendants hereby respectfully request leave to exceed the 10-page limit for reply briefs set forth in L. R. 7(d). In support hereof, Defendants state as follows:

1. Defendants, by motion dated April 11, 2007, moved for summary judgment on all 12 counts of Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 56.

2. Plaintiffs oppose Defendants' Motion by a 49-page opposition brief and supporting Affidavit and Local Rule 56(a)(2) Statement. In their opposition papers, Plaintiffs raise for the first time a new "factual" assertion central to their claims.

3. A 18-page brief was necessary in order to fully address to this new "factual" assertion, as well as the many other assertions and arguments raised by Plaintiffs with respect to the 10 counts addressed in their opposition brief.

4. Counsel for Defendants attempted to contact counsel for Plaintiffs to obtain assent to this motion, however, was unable to reach counsel for Plaintiffs.

A/72161291.1

WHEREFORE, the Defendants respectfully request that the court grant this Motion and allow Defendants to file their 18-page Reply submitted concurrently herewith.

**DEFENDANTS NATIONWIDE FEDERAL CREDIT UNION, ET AL**

By: /s/ Michael D. Blanchard
    Ben M. Krowicki (ct06153)
    Deborah S. Freeman (ct05257)
    Michael D. Blanchard (ct25891)
    Seth N. Stratton (ct27293)
    BINGHAM McCUTCHEN LLP
    One State Street
    Hartford, CT  06103-3178
    (860) 240-2700
    (860) 240-2818 (fax)
    ben.krowicki@bingham.com
    deborah.freeman@bingham.com
    michael.blanchard@bingham.com
    seth.stratton@bingham.com
    Their Attorneys

## **CERTIFICATION**

I hereby certify that on this 17th day of August, 2007, a copy of the foregoing was sent via the Court's electronic notification system or by first class U.S. mail to:

Richard P. Weinstein, Esq.
Nathan A. Schatz, Esq.
Weinstein & Wisser, P.C.
29 South Main Street, Ste. 207
West Hartford, CT 06107
*Counsel for Plaintiff*

/s/ Michael D. Blanchard
Michael D. Blanchard